IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULSALAM ALI ABDULRAHMAN AL-HELA, *et al.*, <br>     Petitioners, <br><br> v. <br><br> GEORGE W. BUSH, President of the United States, *et al.*, <br>     Respondents. | Civil Action No. 05-1048 (HHK) |

## CONSENT MOTION FOR ENTRY OF PROTECTIVE ORDER

Petitioner Abdulsalam Ali Abdulrahman Al-Hela moves for entry of the Amended Protective Order (Ex. A), "Protected Information" Order (Ex. B) and Supplemental Filing Procedures Order (Ex. C) (together, the "Protective Order") previously entered by Judge Joyce Hens Green in *Abdah v. Bush*, 04-CV-1254 (HHK) and the other coordinated Guantánamo detainee cases. Because the Government will not allow privileged communications between counsel and Mr. Al-Hela until the Protective Order is entered, Mr. Al-Hela respectfully asks that it be entered promptly. Counsel for Respondents have indicated their consent to this Motion.

This Motion is made without prejudice to Mr. Al-Hela's right to challenge or seek modification of any particular terms of the Protective Order in the future.

Dated:   Washington, D.C.
             May 27, 2005

                                                            Respectfully submitted,

                                                            COVINGTON & BURLING

                                                                         /s/
                                                            David H. Remes
                                                            D.C. Bar No. 370782
                                                            1201 Pennsylvania Ave. NW
                                                            Washington, DC 20004
                                                            202-662-5212 (tel)
                                                            202-778-5212 (fax)

                    Marc D. Falkoff
                    D.C. Bar. No. 491149
                    1330 Avenue of the Americas
                    New York, NY 10019
                    212-841-1166 (tel)
                    646-441-9166 (fax)