# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULSALAM ALI ABDULRAHMAN AL-HELA, *et al.*,<br>    Petitioners,<br><br>    *v.*<br><br>GEORGE W. BUSH, President of the United States, *et al.*,<br><br>    Respondents. | Civil Action No. 05-1048 (HHK) |

## [PROPOSED] ORDER

Having considered Petitioner's Consent Motion for Entry of Protective Order, it is this \_\_\_\_ day of _____, 2005, hereby

**ORDERED,** that Petitioner's Consent Motion for Entry of Protective Order is **GRANTED**.

                                                              Henry H. Kennedy, Jr.
                                                              United States District Judge