CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

AL-HELA, et al.                    )
                                   )
                                   )
                                   )
         Plaintiff                 )
                                   )
                                   )
      v.                           )    Civil Case Number 05-1048 (RMU)
                                   )
                                   )
                                   )
GEORGE W. BUSH, et al.             )    Category     G
                                   )
                                   )
         Defendant                 )

**REASSIGNMENT OF CIVIL CASE**

The above-entitled case was reassigned on June 1, 2005 from Judge Ellen S. Huvelle to Judge Ricardo M. Urbina by direction of the Calendar Committee.

(Randomly reassigned)

JUDGE GLADYS KESSLER
Chair, Calendar and Case
Management Committee

cc:   Judge Huvelle & Courtroom Deputy
      Judge Urbina & Courtroom Deputy
      Chair, Calendar and Case Management Committee
      Liaison, Calendar and Case Management Committee
      Civil Case Processing Clerk ✓
      Statistical Clerk