IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULSALAM ALI ABDULRAHMAN AL-HELA, *et al.*<br>    Petitioners,<br><br>*v.*<br><br>GEORGE W. BUSH, President of the United States, *et al.*,<br>    Respondents. | Civil Action No. 05-01048 (RU) |

**[PROPOSED] ORDER**

Having considered Petitioner's Motion for Writ of Habeas Corpus or Order to Show Cause, and Respondents' Motion to Stay Proceedings Pending Related Appeals and for Continued Coordination, it is this __ day of _____, 2005,

ORDERED that the Respondents shall show cause by June 10, 2005 why the writ should not be granted; and it is

FURTHER ORDERED that Respondents' motion for stay is GRANTED; and it is

FURTHER ORDERED that the Respondents, their agents, servants, employees, confederates, and any persons acting in concert or participation with them, or having actual or implicit knowledge of this Order by personal service or otherwise, may not remove the Petitioner from Guantanamo unless the Court and counsel receive 30 days' advance notice of such removal; and it is

FURTHER ORDERED that Petitioner may seek such additional emergency relief from this Court as necessary.

SO ORDERED.

Dated: _____

_____
United States District Judge