## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ABDULSALAM ALI ABDULRAHMAN AL-HELA, *et al.*, Petitioners, <br><br> *v.* <br><br> GEORGE W. BUSH, *et al.*, Respondents. | Civil Action No. 05-CV-1048 (HHK) |

## MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION REQUIRING RESPONDENTS TO PROVIDE COUNSEL FOR PETITIONER AND THE COURT WITH 30-DAYS' ADVANCE NOTICE OF ANY INTENDED REMOVAL OF PETITIONER FROM GUANTÁNAMO

Pursuant to Rule 65(a) of the Federal Rules of Civil Procedure and the All Writs Act, 28 U.S.C. § 1651, Petitioner Abdulsalam Ali Abdulrahman Al-Hela respectfully moves for an order requiring Respondents to provide counsel for Mr. Al-Hela and the Court with 30-days' advance notice of any intended transfer of Mr. Al-Hela from Guantánamo Bay Naval Base in Cuba. On information and belief, Respondents have contemplated removing detainees – including potentially Mr. Al-Hela – from Guantánamo to foreign territories for torture or indefinite detention without due process of law. Mr. Al-Hela asks that his counsel be given advance notice of any transfer to enable his counsel the opportunity to contest his removal from Guantánamo and to preserve the jurisdiction of the Court in this matter.

The relief that Mr. Al-Hela seeks is identical to that previously ordered by this Court in *Abdah v. Bush*, 04-CV-1254 (HHK) (March 29, 2005) (attached as Ex. A), and *Al-Mohammed v. Bush*, 05-CV-0247 (March 30, 2005) (attached as Ex. B). For purposes of the relief requested in

this motion, Mr. Al-Hela is identically situated to the petitioners in *Abdah* and *Al-Mohammed*. Accordingly, he asks that the same relief be ordered in his case.

Counsel for Petitioner sought to avoid burdening the Court with this matter, instead proposing to Respondents a stipulation in which they would agree to the requested relief and Petitioner would not oppose a delimited stay of proceedings. Email from Marc Falkoff to Andrew Warden, May 25, 2005 (attached as Ex. C). Regrettably, Respondents summarily rejected counsel's proposal, Email from Terry Henry to Marc Falkoff, May 26, 2005 (attached as Ex. D), forcing Petitioner to burden the Court with a matter that should have been resolved consensually in view of the Court's prior rulings in *Abdah* and *Al-Mohammed*.

Because Respondents have refused to assure counsel that Mr. Al-Hela will not be removed from Guantánamo pending disposition of the instant motion for a preliminary injunction, Mr. Al-Hela also moves under Rule 65(b) for a temporary restraining order barring his removal from Guantánamo until this Court has ruled on his motion for a preliminary injunction.

Dated:    Washington, D.C.
          May 26, 2005

                                        Respectfully submitted,

                                        COVINGTON & BURLING

                                        *David H. Remes*

                                        David H. Remes
                                        D.C. Bar No. 370782
                                        1201 Pennsylvania Ave. NW
                                        Washington, DC 20004
                                        202-662-5212 (tel)
                                        202-778-5212 (fax)

                                        Marc D. Falkoff
                                        D.C. Bar. No. 491149
                                        1330 Avenue of the Americas
                                        New York, NY 10019
                                        212-841-1166 (tel)
                                        646-441-9166 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing motion were sent by priority mail, postage pre-paid, this 26th day of May, 2005 to:


Joseph H. Hunt
Vincent M. Garvey
Terry M. Henry
Nicholas J. Patterson
Lisa A. Olson
James J. Schwartz
Preeya M. Noronha
Edward H. White
Robert J. Katerberg
Andrew I. Warden
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Room 7220
Washington, D.C. 20530
*Attorneys for Respondents-Appellants*

Jason M. Knott