IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ABDULSALAM ALI ABDULRAHMAN AL-HELA, *et al.*,<br>Petitioners,<br><br>v.<br><br>GEORGE W. BUSH, *et al.*,<br>Respondents. | Civil Action No. 05-CV-1048 (HHK) |

### [PROPOSED] ORDER

Having considered Petitioner's Motion for Temporary Restraining Order and Preliminary Injunction Requiring Respondents to Provide Counsel for Petitioner and the Court with 30-Days' Advance Notice of Any Intended Removal of Petitioner from Guantánamo, it is this 26th day of May, 2005, hereby

**ORDERED**, that Petitioner's motion for a preliminary injunction is **GRANTED**; and it is further

**ORDERED**, that Respondents shall provide Petitioners' counsel and the court with 30 days' notice prior to transporting or removing any of Petitioners from Guantánamo Bay Naval Base; and it is further

**ORDERED**, that this order shall remain in effect until the final resolution of Petitioners' habeas claims unless otherwise modified or dissolved.

Henry H. Kennedy, Jr.<br>
United States District Judge