CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AL-HELA, et al. | ) | |
| | ) | |
| | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| | ) | |
| v. | ) | Civil Case Number 05-1048 (ESH) |
| | ) | |
| | ) | |
| | ) | |
| GEORGE W. BUSH, et al. | ) | Category      G |
| | ) | |
| | ) | |
| Defendant | ) | |

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on <u>May 31, 2005</u> from <u>Judge Henry H.</u>

<u>Kennedy, Jr.</u> to <u>Judge Ellen S. Huvelle</u> by direction of the Calendar Committee.

(Randomly reassigned)

<u>JUDGE GLADYS KESSLER</u>
Chair, Calendar and Case
Management Committee

cc:    <u>Judge Kennedy</u> & Courtroom Deputy
       <u>Judge Huvelle</u> & Courtroom Deputy
       Chair, Calendar and Case Management Committee
       Liaison, Calendar and Case Management Committee
       Civil Case Processing Clerk
       Statistical Clerk