UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| ABDULSALAM ALI ABDULRAHMAN AL-HELA *et al.*, | : : | | |
| Petitioners/ Plaintiffs, | : : : | | |
| v. | : : | Civil Action No.: | 05-1048 (RMU) |
| GEORGE W. BUSH *et al.*, | : : | Document No.: | 3 |
| Respondents/ Defendants | : : : | | |

**MEMORANDUM ORDER**

GRANTING MOTION FOR SHOW CAUSE ORDER;

This matter comes before the court on the petitioners' motion for a writ of habeas corpus or an order to show cause why the writ should not issue. If the court orders the respondent to show cause in response to a habeas petition, "[t]he person to whom the . . . order is directed *shall* make a return certifying the true cause of the detention." 28 U.S.C. § 2243 (emphasis added).

The government takes the position that

> [i]t makes no sense for proceedings related to the merits of these cases, such as the submission of factual returns in response to orders to show cause regarding the issuance of habeas writs, to go forward when decision from the D.C. Circuit on the related Guantanamo detainee appeals, which are proceeding in an expedited fashion, will determine the legal analyses applicable to the cases and, indeed, whether and how these cases should proceed.

Defs.' Mot. to Stay at 9. Furthermore, the government argues that requiring submission of factual returns "burdens the government's resources and risks the inadvertent disclosure of classified information." *Id.* at 11.

1

The fact that the D.C. Circuit has not yet issued its decision in the related appeals (or that this case is stayed pending the D.C. Circuit's decision on those appeals) does not prevent the government from processing the returns. On the contrary, the court determines that petitioners' counsel should be able to review the returns now so that they can develop their case and prepare for any consultation with their clients. As to the government's concerns regarding classified information, the protective order entered in this case will guard against any such inadvertent disclosures. Finally, the government's generic references to the expenditure of its resources and a "logistical burden," *id.* at 13, does not persuade the court to delay ordering the returns; the court is confident that the government can handle this task.

Accordingly, it is this 9th day of June, 2005,

**ORDERED** that the petitioner's motion for a show cause order is **GRANTED**; and it is

**FURTHER ORDERED** that the respondents shall file unclassified factual returns on or before June 15, 2005; and it is

**FURTHER ORDERED** that the respondents shall file classified factual returns as soon as possible, but no later than July 15, 2005.

**SO ORDERED**.

                                                           RICARDO M. URBINA
                                                  United States District Judge