IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ABDULSALAM ALI ABDULRAHMAN AL-HELA, *et al.*,<br>   Petitioners,<br><br>v.<br><br>GEORGE W. BUSH, President of the United States, *et al.*,<br>   Respondents. | Civil Action No. 05-1048 (RU) |

## NOTICE OF FILING AND SUMMARY OF MOTION FOR PRESERVATION ORDER

As required by the Amended Protective Order in this matter, undersigned counsel hereby gives notice that on June 10, 2005, three copies of a Motion for Preservation Order were delivered to Christine Gunning, Court Security Officer, for clearance for public filing.

The Motion asks the Court for an order requiring Respondents to preserve and maintain all evidence, documents and information regarding the torture, mistreatment and abuse of detainees at the detention facility in Guantánamo Bay, Cuba.

The Motion will be filed via the Electronic Case Filing system when it has been cleared by the Court Security Office.

Dated:  Washington, D.C.
        June 10, 2005

                                             Respectfully submitted,

                                             COVINGTON & BURLING

                                                      /s/
                                             _____
                                             David H. Remes
                                             D.C. Bar No. 370782
                                             1201 Pennsylvania Ave. NW
                                             Washington, DC 20004
                                             202-662-5212 (tel)
                                             202-778-5212 (fax)

Marc D. Falkoff
D.C. Bar. No. 491149
1330 Avenue of the Americas
New York, NY 10019
212-841-1166 (tel)
646-441-9166 (fax)