IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULSALAM ALI ABDULRAHMAN AL-HELA, et al.,<br><br>Petitioners,<br><br>v.<br><br>GEORGE W. BUSH, et al.,<br><br>Respondents. | Civil Action No. 05-1048 (RMU) |

**NOTICE OF APPEAL**

NOTICE is hereby given that respondents George W. Bush, President of the United States, Donald Rumsfeld, Secretary, United States Department of Defense, Army Brig. Gen. Jay Hood, Commander, Joint Task Force-GTMO, and Army Col. Brice Gyurisko, Commander, Joint Detention Operations Group (i.e., all respondents herein) hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the portion of the Court's Memorandum Order dated June 3, 2005 (dkt. no. 12) that prohibits respondents from removing petitioner from Guantanamo unless the Court and counsel for petitioners receive thirty days' advance notice of such removal.

Dated: June 10, 2005

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

DAVID B. SALMONS
Assistant to the Solicitor General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

/s/ Nicholas J. Patterson
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
JAMES J. SCHWARTZ
PREEYA M. NORONHA
EDWARD H. WHITE
ROBERT J. KATERBERG
ANDREW I. WARDEN
NICHOLAS J. PATTERSON
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel:  (202) 514-4523
Fax:  (202) 616-8470

Attorneys for Respondents

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of June, 2005, I caused the foregoing Notice of Appeal to be served on the counsel listed below by electronic mail and first-class United States mail:

>Marc D. Falkoff, Esq.
>Covington & Burling
>1330 Avenue of the Americas
>New York, NY 10019
>mfalkoff@cov.com
>
>David H. Remes, Esq.
>Covington & Burling
>1201 Pennsylvania Avenue, NW
>Washington, D.C. 20004-2401
>dremes@cov.com

*/s/ Nicholas J. Patterson*