IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULSALAM ALI ABDULRAHMAN AL-HELA, *et al.*,<br><br>    Petitioners,<br><br>v.<br><br>GEORGE W. BUSH,<br>    President of the United States, *et al.*,<br><br>    Respondents. | Civil Action No. 05-CV-1048 (RMU) |

**RESPONDENTS' FACTUAL RETURN (SUITABLE FOR PUBLIC RELEASE) TO PETITION FOR WRIT OF HABEAS CORPUS BY PETITIONER ABDULSALAM ALI ABDULRAHMAN AL-HELA**

Pursuant to the Court's Memorandum Order dated June 9, 2005, respondents hereby submit, as explained herein, the portion of the final record of proceedings before the Combatant Status Review Tribunal pertaining to petitioner Abdul Al-Rahim Ghulam Rabbani (listed in the petition as Abdulsalam Ali Abdulrahman Al-Hela) that is suitable for public release. See Exhibit A. Pursuant to the Court's Order, respondents will submit the remaining portions of the record, including information that is classified or not suitable for public release, as soon as possible, but no later than July 15, 2005. The complete record constitutes respondents' factual return to petitioner's petition for writ of habeas corpus. For the reasons explained in the factual return, petitioner Abdul Al-Rahim Ghulam Rabbani has been determined to be an enemy combatant and is, therefore, lawfully subject to detention pursuant to the President's power as Commander in Chief or otherwise. Accordingly, petitioner's petition for writ of habeas corpus should be dismissed and the relief sought therein denied.

Dated:  June 15, 2005

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

DAVID B. SALMONS
Assistant to the Solicitor General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

   /s/ Preeya M. Noronha
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
JAMES J. SCHWARTZ
PREEYA M. NORONHA
ROBERT J. KATERBERG
NICHOLAS J. PATTERSON
ANDREW I. WARDEN
EDWARD H. WHITE
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.  Room 7144
Washington, DC  20530
Tel:  (202) 514-4107
Fax:  (202) 616-8470

Attorneys for Respondents