IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULSALAM ALI ABDULRAHMAN AL-HELA, *et al.,*<br><br>Petitioners,<br><br>v.<br><br>GEORGE W. BUSH,<br>President of the United States,<br>*et al.,*<br><br>Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)     Civil Action No. 05-CV-1048 (RMU)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**RESPONDENTS' FACTUAL RETURN TO PETITION FOR WRIT OF HABEAS
CORPUS BY PETITIONER ABDULSALAM ALI ABDULRAHMAN AL-HELA
AND NOTICE OF SUBMISSION OF FACTUAL RETURN UNDER SEAL**

Respondents hereby submit, as explained herein, the final record of proceedings before

the Combatant Status Review Tribunal pertaining to petitioner Abdul Al-Salam Al Hilal[1] (listed

in the petition as Abdulsalam Ali Abdulrahman Al-Hela) as a factual return to petitioner's

petition for writ of habeas corpus.  For the reasons explained in the record, petitioner Abdul Al-

Salam Al Hilal has been determined to be an enemy combatant.  Accordingly, petitioner Abdul

Al-Salam Al Hilal is lawfully subject to detention pursuant to the President's power as

Commander in Chief or otherwise, and is being detained.

---

[1] Respondents' June 15, 2005 submission inadvertently contained an erroneous name for
petitioner.  Petitioner's correct name is Abdul Al-Salam Al Hilal.

The portion of the record suitable for public release is attached hereto.[2]  <u>See</u> Exhibit A.
The remaining portions of the record, including information that is classified or not suitable for
public release, are being submitted under seal.  One copy of the factual return is being submitted
to the Court for *in camera* review.  Another copy of the factual return, containing classified
information suitable for disclosure to counsel under seal, is being made available to petitioner's
counsel who have been issued security clearances, consistent with the Protective Order.  <u>See</u>
Order dated June 3, 2005 (applying Amended Protective Order and Procedures for Counsel
Access to Detainees at the United States Naval Base in Guantanamo Bay, Cuba in <u>In re</u>
<u>Guantanamo Detainee Cases</u>, No. 02-CV-0299 (D.D.C. Nov. 8, 2004), and related orders, to this
case).  Any redactions made in the factual return are explained in the
declaration(s)/certification(s) submitted therewith.  Both copies of the factual return contain
highlighting, explained therein, consistent with the Court's Order for Specific Disclosures
Relating to Respondents' Motion to Designate as "Protected Information" Unclassified
Information and Petitioners' Motion for Access to Unredacted Factual Returns, entered on
December 8, 2004 by Judge Green in the coordinated cases.  Respondents have designated
certain highlighted, unclassified information in the factual return as "protected information"
under the Protective Order.  Pursuant to the Protective Order, once counsel for petitioner has
reviewed the factual return and counsel for the parties have conferred, respondents will file a

---

[2]  Respondents previously submitted the portion of the record suitable for public release
on June 15, 2005.  The revised submission herewith contains fewer redactions, as indicated by
the Declaration of Teresa A. McPalmer.  The revised redactions are the result of an intervening
change in redaction procedures since the June 15, 2005 submission.

motion requesting that the Court designate the information in the factual return as "protected"

pursuant to the Protective Order.[3]

      For the reasons explained in the factual return, petitioner Abdul Al-Salam Al Hilal has

been determined to be an enemy combatant and is, therefore, lawfully subject to detention

pursuant to the President's power as Commander in Chief or otherwise.  Accordingly, the

petition for writ of habeas corpus should be dismissed and the relief sought therein denied.

Dated:  July 12, 2005              Respectfully submitted,

                      PETER D. KEISLER
                      Assistant Attorney General

                      KENNETH L. WAINSTEIN
                      United States Attorney

                      DAVID B. SALMONS
                      Assistant to the Solicitor General

                      DOUGLAS N. LETTER
                      Terrorism Litigation Counsel

                        /s/ Preeya M. Noronha
                      JOSEPH H. HUNT (D.C. Bar No. 431134)
                      VINCENT M. GARVEY (D.C. Bar No. 127191)
                      TERRY M. HENRY
                      JAMES J. SCHWARTZ
                      PREEYA M. NORONHA
                      ROBERT J. KATERBERG
                      NICHOLAS J. PATTERSON
                      ANDREW I. WARDEN
                      EDWARD H. WHITE
                      Attorneys
                      United States Department of Justice
                      Civil Division, Federal Programs Branch

---

[3]  Pursuant to the Protective Order, respondents are disclosing this information to petitioner's counsel, who shall treat such information as "protected" unless and until the Court rules that the information should not be designated as "protected."

3

20 Massachusetts Ave., N.W.  Room 7144
Washington, DC  20530
Tel:  (202) 514-4107
Fax:  (202) 616-8470

Attorneys for Respondents