# DETAINEE ELECTION FORM

**Date:** 16 Nov 04
**Start Time:** 0930
**End Time:** 1045

**ISN#:** 1463

**Personal Representative:** ███████████, LT COL

**Translator Required?** YES   **Language?** ARABIC

**CSRT Procedure Read to Detainee or Written Copy Read by Detainee?** YES

---

**Detainee Election:**

[X] Wants to Participate in Tribunal

[ ] Affirmatively Declines to Participate in Tribunal

[ ] Uncooperative or Unresponsive

**Personal Representative Comments:**

> Detainee will read from the translated copy of the Summary of Evidence and will speak to each piece of evidence. Additionally, Detainee requested that PR submit a written statement. Has indicated he will take the oath.
> Detainee did not request any witnesses.
> Detainee did not request any documentary evidence.

Personal Representative: ███████████

UNCLASSIFIED

**Combatant Status Review Board**

TO: Personal Representative

FROM: OIC, CSRT (09 November 2004)

Subject: Summary of Evidence for Combatant Status Review Tribunal – AL HILAH, Abd Al Salam

1. Under the provisions of the Secretary of the Navy Memorandum, dated 29 July 2004, *Implementation of Combatant Status Review Tribunal Procedures for Enemy Combatants Detained at Guantanamo Bay Naval Base Cuba*, a Tribunal has been appointed to review the detainee's designation as an enemy combatant.

2. An enemy combatant has been defined as "an individual who was part of or supporting the Taliban or al Qaida forces, or associated forces that are engaged in hostilities against the United States or its coalition partners. This includes any person who committed a belligerent act or has directly supported hostilities in aid of enemy armed forces."

3. The United States Government has previously determined that the detainee is an enemy combatant. This determination is based on information possessed by the United States that indicates that the detainee is a member of al Qaida and supported military operations against the United States and its coalition partners.

   a. The detainee is a member of al Qaida:

   1. The detainee is a member of al Qaida.

   2. The detainee assisted members of the Egyptian Islamic Jihad through facilitation of movement out of Yemen and by obtaining them passports.

   3. The Egyptian Islamic Jihad is a terrorist organization associated with al Qaida.

   4. The detainee assisted members of the Al-Gama'a al-islamiyya.

   5. The Al-Gama'a al-islamiyya is a designated foreign terrorist organization associated with al Qaida.

   6. The detainee provided false passports to associates of Usama Bin Laden.

   7. The detainee is associated with a convicted terrorist and visited him in prison.

   8. The detainee has had meetings with representatives of al Haramayn.

   9. The detainee arranged the release of imprisoned al Qaida members.

   b. The detainee supported military operations against the United States and its coalition partners.

UNCLASSIFIED

UNCLASSIFIED

1. The detainee's brother was extremely close to those who conducted the terrorist attack on the U.S.S. Cole.

2. The detainee possessed detailed knowledge of a planned terrorist attack on a U.S. embassy.

3. The detainee possessed detailed knowledge of a terrorist attack against a western oil company.

4. The detainee has the opportunity to contest his designation as an enemy combatant. The Tribunal will endeavor to arrange for the presence of any reasonably available witnesses or evidence that the detainee desires to call or introduce to prove that he is not an enemy combatant. The Tribunal President will determine the reasonable availability of evidence or witnesses.

UNCLASSIFIED

# Appendix B: Selected Foreign Terrorist Organizations

## U.S. Government Terrorism Definitions

Terrorism: Premeditated, politically-motivated violence perpetrated against noncombatant targets by subnational groups or clandestine agents, usually intended to influence an audience.

International Terrorism: Terrorism involving the territory or citizens of more than one country.

Terrorist Group: Any group that practices, or has significant subgroups that practice, international terrorism.

## Designation as a Foreign Terrorist Organization

As of 1 January 2003, those groups listed below which are marked with an asterisk were designated by the U.S. Secretary of State as Foreign Terrorist Organizations (FTOs), pursuant to Section 219 of the Immigration and Nationality Act, as amended by the Antiterrorism and Effective Death Penalty Act of 1996. This designation carries several legal consequences:

- It is unlawful to provide funds or other materiel support to a designated FTO.
- Representatives and certain members of a designated FTO can be denied visas or be excluded from the United States.
- U.S. financial institutions must block funds of designated FTOs and their agents, and must report the blockage to the U.S. Department of the Treasury.

Those organizations not marked by an asterisk are not officially designated as FTOs by the United States as of November 2002 and are considered "Other Terrorist Groups."

## Selected Terrorist Organizations and Their Primary Areas of Operations

Note: This list of terriost organizations is not all-inclusive.

| Worldwide Organization | | |
|---|---|---|
| Organization | Country | FTO |
| Al-Qa'ida (AIQ) | World | * |

| SOUTHCOM-Based Organizations | | |
|---|---|---|
| Organization | Country | FTO |
| Ejercito de Liberacion Nacional AKA National Liberation Army (ELN) | Colombia | * |
| Fuerzas Armadas Revolucionaria de Colombia AKA Revolutionary Armed Forces of Colombia (FARC) | Colombia | * |
| National Liberation Army/Nestor Paz Zamora Commission (ELN-CNPZ) | Bolivia | |
| Popular Combatant's Group (GCP) | Ecuador | |
| Sendero Luminoso (SL) AKA Shining Path | Peru | * |
| Tupac Amaru Revolutionary Movement (MRTA) | Peru | |
| United Self-Defense Forces/Group of Colombia | Colombia | * |

| EUCOM-Based Organizations | | |
|---|---|---|
| Organization | Country | FTO |
| Allied Democratic Forces | Uganda | |
| Al-Jama'a al-Islamiyyah al-Muqatilah bi-Libya | Libya | |
| Al-Takfir Wa al-Hijra | Algeria | |
| Anti-Imperialist Territorial Nuclei (NTA) | Italy | |
| Armed Islamic Group (GIA) | Algeria | * |
| Army for the Liberation of Rwanda (ALIR) | Rwanda | |
| Basque Fatherland and Liberty (ETA) | Spain and France | * |
| Continuity Irish Republican Army (C-IRA) | Ireland | |
| First of October Antifascist Resistance Group (GRAPO) | Spain | |

| Organization | Country | |
|---|---|---|
| Ibn Khattab organization AKA Abu al-Walid and Shamil Basayev-linked Mujaheddin | Chechnya, Georgia, Russia | |
| Interahamwe (DROC) | Rwanda | |
| Irish National Liberation Army (INLA) | Ireland | |
| Irish Republican Army (IRA) | Ireland | |
| Left Wing Anti-Imperialist Groups | Italy | |
| Libyan External Security Organization | Libya | |
| Lord's Resistance Army (LRA) | Uganda | |
| Moustarchidine Wal Moustarchidates | Senegal | |
| National Front for the Liberation of Corsica | France | |
| Orange Volunteers | Northern Ireland | |
| People Against Gangsterism and Drugs (PAGAD) | South Africa | |
| Qibla | South Africa | |
| Real Irish Republican Army (R-IRA) | Ireland | * |
| Red Brigades | Italy | |
| Red Hand Defenders (RHD) | Northern Ireland | |
| Revolutionary Nuclei | Greece | * |
| Revolutionary Organization 17 November | Greece | * |
| Revolutionary People's Liberation Party / Front (DHKP/C) | Turkey | * |
| Revolutionary Popular Struggle (ELA) | Greece | |
| Revolutionary Proletarian Initiative Nuclei (NIPR) | Greece | |
| Revolutionary United Front (RUF) | Sierra Leone | |
| Salafist Group for the Call and Combat (GSPC) | Algeria | * |
| The Tunisian Combatant Group (TCG) | Tunisia | |
| Turkish Hizballah | Turkey | |
| Ulster Defense Association/Ulster Freedom Fighters (UDF/UFF) | Ireland | |
| Ulster Volunteer Force (UVF) | Ireland | |

### CENTCOM-Based Organizations

| Organization | Country | FTO |
|---|---|---|

| | | |
|---|---|---|
| Abu al-Walid and Shamil Islamic Movement of Uzbekistan (IMU) | Uzbekistan | |
| Abu Nidal Organization (ANO) | Lebanon | * |
| Aden-Abyan Islamic Army | Yemen | |
| Al-Gama'a al-Islamiyya (Islamic Group or IG) | Egypt | * |
| Afghan Support Committee | Afghanistan, Pakistan, Kuwait | |
| Al Aqsa Martyrs Brigade | Israel and Palestinian Territories | * |
| Al-Ittihad al-Islami (AIAI) | Somalia and Horn of Africa | |
| Ansar al-Islam (AI) | Iraq | |
| Arab Liberation Front (ALF) | Israel and Palestinian Territories | |
| Asbat al-Ansar | Lebanon | |
| David's Shield | Israel | |
| Former Regime Elements (FRE) | Iraq | |
| Gulf Hizballah Groups AKA Hijaz Hizballah, | Bahraini, Kuwaiti, and Saudi Arabia | |
| HAMAS AKA Islamic Resistance Movement | Israel and Palestinian Territories | * |
| Harakat ul-Mujahidin AKA Movement of Holy Warriors (HUM) | Pakistan | * |
| Hezb-e-Islami Gulbuddin (HIG) | Afghanistan, Pakistan | |
| Hizb al-Tahrir | Central Asia | |
| Hizballah AKA Party of God | Middle East base, world-wide activity | * |
| Islamic Army of Aden (IAA) | Yemen | |
| Islamic Jihad (EIJ, or al-Jihad) [merged with Al Qa'ida in June 2001] | Egypt | * |
| Islamic Movement of Uzbekistan (IMU) | Uzbekistan | * |
| Jaish-E-Mohammed -- AKA Army of Mohammad (JeM) | Pakistan | * |
| Jama'at Ul Fuqra (JUF) | Pakistan | |
| Kach | Israel | * |

| Organization | Country | FTO |
|---|---|---|
| Kahane Chai | Israel | * |
| Kurdistan Freedom and Democracy Congress (KADEK) -- formerly Kurdistan Workers' Party (PKK) | Iraq | * |
| Lashkar-e-Tayiba AKA Army of the Righteous (LeT) | Pakistan | * |
| 15 May Organization | Palestinian Territories | |
| Mujahedin-E Khalq (MEK or MKO) | Iraq | * |
| Oromo Liberation Front | Ethiopia, Eritrea, Somalia | |
| Palestine Islamic Jihad (PIJ) | Palestinian Territories | * |
| Palestine Liberation Front | Palestinian Territories | * |
| Popular Front for the Liberation of Palestine (PFLP) | Palestinian Territories | * |
| Popular Front for the Liberation of Palestine—General Command (PFLP-GC) | Lebanon, Syria | * |
| Sa'iqa | Palestinian Territories | |
| Sepah-I Sihaba AKA Lashkar-I-Jhangvi | Pakistan | |
| Sipah-I Mohammed | Pakistan | |
| Tehrik-I Jaffaria | Pakistan | |

## PACOM-Based Organizations

| Organization | Country | FTO |
|---|---|---|
| * Abu Sayyaf Group (ASG) | Philippines | * |
| * Aleph or Alif, AKA Aum Shinrikyo AKA Aum Supreme Truth AKA Aum | Japan | * |
| Alex Boncayao Brigade | Philippines | |
| Cambodian Freedom Fighters (CFF) | Cambodia | |
| Chukaku-Ha | Japan | |
| Communist Party of Nepal / Maoists | Nepal | |
| Daihikai (Great Sorrow Society) | Japan | |
| East Turkistan Islamic Movement (ETIM) AKA East Turkistan Islamic Party (ETIP) | Western China | |
| Free Aceh Group | Indonesia | |

pa 5 of 7

| | | |
|---|---|---|
| Harakat ul-Jihad-I-Islami (HUJI) | Indian-administered Kashmir | |
| Harakat ul-Jihad-I-Islami/Bangladesh (HUJI-B) | Bangladesh | |
| Indonesian Mujahedin Council (MMI) | Indonesia | |
| Islamic Defenders Front -- AKA Front Pembela Islam (FPA) | Indonesia | |
| Issuikai (One Water Society) | Japan | |
| Japanese Red Army (JRA) | Japan | |
| * Jemaah Islamiyah (JI) | Southeast Asia | * |
| Kakurokyo-Ha | Japan | |
| Kumpulan Mujahidin Malaysia (KMM) | Malaysia | |
| Laskar Jihad | Indonesia | |
| Laskar Jundullah | Indonesia | |
| * Liberation Tigers of Tamil Eelam AKA Tamil Tigers (LTTE) | Sri Lanka | * |
| Moro Islamic Liberation Front (MILF) | Philippines | |
| Moro National Liberation Front (MNLF) | Philippines | |
| * New People's Army (NPA) | Philippines | * |
| Pattani United Liberation Organization (PULO) | Thailand | |
| Rohingya National Alliance | Myanmar | |
| Timorese Mujahidin Warriors (MTA) | East Timor | |
| Toitsu Sensen Giyugun (United Battle Front Volunteer Army) | Japan | |

Sources: The Directorate of Central Intelligence Interagency Intelligence Committee on Terrorism Community Counterterrorism Board (IICT CCB), 11 SEP 03, and Patterns of Global Terrorism, Department of State, APR 03.

NGIC-2410-7079-04

Information Cutoff Date: 15 January 2004

**J. C. White**
email address: mailto:wanisse@nsa.smil.mil or frbrodj@ngic.army.mil
IANG-GF-AS
COM: (434) 980-7979 or DSN: 521-7979

*UNCLASSIFIED*

| HOME | CONTENTS | PREVIOUS | NEXT |



U.S. Department of Homeland Security
U.S. Customs and Border Protection
Office of Border Patrol

# Terrorist Organization
## Reference Guide

January 2004



## Table of Contents

**Designated Foreign Terrorist Organizations** ............................................................. 1
1. Abu Nidal organization (ANO) .................................................................................. 2
2. Abu Sayyaf Group (ASG) ......................................................................................... 3
3. Al-Aqsa Martyrs Brigade .......................................................................................... 4
4. Armed Islamic Group (GIA) ..................................................................................... 5
5. 'Asbat al-Ansar ......................................................................................................... 5
6. Aum Supreme Truth (Aum) Aum Shinrikyo, Aleph .................................................. 6
7. Basque Fatherland and Liberty (ETA) ..................................................................... 7
8. Communist Party of Philippines/New People's Army (CPP/NPA) ........................... 8
9. Al-Gama'a al-Islamiyya (Islamic Group, IG) ............................................................ 9
10. HAMAS (Islamic Resistance Movement) ............................................................... 10
11. Harakat ul-Mujahidin (HUM) .................................................................................. 11
12. Hizballah (Party of God) ......................................................................................... 13
13. Islamic Movement of Uzbekistan (IMU) ................................................................. 14
14. Jaish-e-Mohammed (JEM) ..................................................................................... 15
15. Jemaah Islamiya (JI) .............................................................................................. 16
16. Al-Jihad (Egyptian Islamic Jihad) ........................................................................... 17
17. Kahane Chai (Kach) ............................................................................................... 18
18. Kurdistan Workers' Party (PKK, KADEK) .............................................................. 18
19. Lashkar-e-Tayyiba (LT) .......................................................................................... 20
20. Lashkar I Jhangvi (LJ) ............................................................................................ 21
21. Liberation Tigers of Tamil Eelam (LTTE) ............................................................... 22
22. Mujahedin-e Khalq Organization (MEK or MKO) ................................................... 23
23. National Liberation Army (ELN) - Colombia .......................................................... 24
24. Palestine Islamic Jihad (PIJ) .................................................................................. 25
25. Palestine Liberation Front (PLF) ............................................................................ 26
26. Popular Front for the Liberation of Palestine (PFLP) ............................................ 26
27. Popular Front for the Liberation of Palestine - General Command (PFLP-GC) ... 27
28. Al-Qaeda ................................................................................................................ 28
29. Real IRA (RIRA) ..................................................................................................... 29
30. Revolutionary Armed Forces of Colombia (FARC) ................................................ 30
31. Revolutionary Nuclei .............................................................................................. 31
32. Revolutionary Organization 17 November (17 November) ................................... 32
33. Revolutionary People's Liberation Party/Front (DHKP/C) ..................................... 33
34. Salafist Group for Call and Combat (GSPC) ......................................................... 34
35. Sendero Luminoso (Shining Path or SL) ............................................................... 35
36. United Self-Defense Forces/Group of Colombia (AUC) ........................................ 36
   Other Foreign Terrorist Organizations ................................................................... 39
37. Al-Badhr Mujahedin (al-Badr) ................................................................................ 40
38. Alex Boncayao Brigade (ABB) ............................................................................... 40
39. Al-Ittihad al-Islami (AIAI) ........................................................................................ 41
40. Allied Democratic Forces (ADF) ............................................................................ 42
41. Ansar al-Islam (Iraq) .............................................................................................. 42
42. Anti-Imperialist Territorial Nuclei (NTA) ................................................................. 43

### Activities

The NPA primarily targets Philippine security forces, politicians, judges, government informers, former rebels who wish to leave the NPA, and alleged criminals. Opposes any US military presence in the Philippines and attacked US military interests before the US base closures in 1992. Press reports in 1999 and in late 2001 indicated that the NPA is again targeting US troops participating in joint military exercises as well as US Embassy personnel. The NPA claimed responsibility for the assassination of congressmen from Quezon in May 2001 and Cagayan in June 2001 and many other killings. In January 2002, the NPA publicly expressed its intent to target US personnel in the Philippines.

### Strength

Slowly growing; estimated at more than 10,000.

### Location/Area of Operations

Operates in rural Luzon, Visayas, and parts of Mindanao. Has cells in Manila and other metropolitan centers.

### External Aid

Unknown.

## 9. Al-Gama'a al-Islamiyya (Islamic Group, IG)

### Description

Egypt's largest militant group, active since the late 1970s, appears to be loosely organized. Has an external wing with supporters in several countries worldwide. The group issued a cease-fire in March 1999, but its spiritual leader, Shaykh Umar Abd al-Rahman, sentenced to life in prison in January 1996 for his involvement in the 1993 World Trade Center bombing and incarcerated in the United States, rescinded his support for the cease-fire in June 2000. The Gama'a has not conducted an attack inside Egypt since August 1998. Senior member signed Usama Bin Ladin's *fatwa* in February 1998 calling for attacks against the United States.

Unofficially split in two factions: one that supports the cease-fire led by Mustafa Hamza, and one led by Rifa'i Taha Musa, calling for a return to armed operations. Taha Musa in early 2001 published a book in which he attempted to justify terrorist attacks that would cause mass casualties. Musa disappeared several months thereafter, and there are conflicting reports as to his current whereabouts. In March 2002, members of the group's historic leadership in Egypt declared use of violence misguided and renounced its future use, prompting denunciations by much of the leadership abroad. For

members still dedicated to violent jihad, primary goal is to overthrow the Egyptian Government and replace it with an Islamic state. Disaffected IG members, such as those potentially inspired by Taha Musa or Abd al-Rahman, may be interested in carrying out attacks against US and Israeli interests.

### Activities

Group conducted armed attacks against Egyptian security and other government officials, Coptic Christians, and Egyptian opponents of Islamic extremism before the cease-fire. From 1993 until the cease-fire, al-Gama'a launched attacks on tourists in Egypt, most notably the attack in November 1997 at Luxor that killed 58 foreign tourists. Also claimed responsibility for the attempt in June 1995 to assassinate Egyptian President Hosni Mubarak in Addis Ababa, Ethiopia. The Gama'a never has specifically attacked a US citizen or facility but has threatened US interests.

### Strength

Unknown. At its peak the IG probably commanded several thousand hard-core members and a like number of sympathizers. The 1999 cease-fire and security crackdowns following the attack in Luxor in 1997 and, more recently, security efforts following September 11, probably have resulted in a substantial decrease in the group's numbers.

### Location/Area of Operation

Operates mainly in the Al-Minya, Asyut, Qina, and Sohaj Governorates of southern Egypt. Also appears to have support in Cairo, Alexandria, and other urban locations, particularly among unemployed graduates and students. Has a worldwide presence, including in the United Kingdom, Afghanistan, Yemen, and various locations in Europe.

### External Aid

Unknown. The Egyptian Government believes that Iran, Bin Ladin, and Afghan militant groups support the organization. Also may obtain some funding through various Islamic nongovernmental organizations (NGO).

## 10. HAMAS (Islamic Resistance Movement)

### Description

Formed in late 1987 as an outgrowth of the Palestinian branch of the Muslim Brotherhood. Various HAMAS elements have used both political and violent means, including terrorism, to pursue the goal of establishing an Islamic Palestinian state in place of Israel. Loosely structured, with some elements working clandestinely and others working openly through mosques and social service institutions to recruit

UNCLASSIFIED//<s>FOUO</s>.

## Personal Representative Review of the Record of Proceedings

I acknowledge that on 22 November 2004 I was provided the opportunity to review the record of proceedings for the Combatant Status Review Tribunal involving ISN #1463.

 have no comments.

\_\_\_ My comments are attached.

Lt Col ███████ USAF                    22 Nov 04
Name                                    Date

███████████████████
Signature

ISN #1463
Enclosure (5)