**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **ABDULSALAM ALI ABDULRAHMAN AL-HELA,**   Petitioners,   *v.*   **GEORGE W. BUSH, President of the United States,** *et al.*,   Respondents. | **Civil Action No. 05-1048 (RU)** |

**NOTICE OF FILING AND SUMMARY OF PETITIONER'S MOTION TO COMPEL
ACCESS TO UNREDACTED RETURN**

As required by the Amended Protective Order in this matter, undersigned counsel hereby gives notice that on August 8, 2005, a copy of Petitioner's Motion to Compel Access to Unredacted Return was sent to Christine Gunning, Court Security Officer, for clearance for public filing.

The Motion requests that the Court enter an order compelling Respondents to provide Petitioner's counsel with access to the unredacted factual return.

The Reply will be filed via the Electronic Case Filing system when it has been cleared by the Court Security Office.

Dated: Washington, D.C.
      August 8, 2005

                        Respectfully submitted,

                        COVINGTON & BURLING

                        By: _____/s/_____

David H. Remes
D.C. Bar No. 370782
1201 Pennsylvania Avenue, N.W.
Washington, D.C.  20004-2401
Tel:  (202) 662-5212
Fax: (202) 778-5212

Marc D. Falkoff
D.C. Bar No. 491149
1330 Avenue of the Americas
New York, New York  10019
Tel:  (212) 841-1166
Fax: (646) 441-9166