IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULSALAM ALI ABDULRAHMAN AL-HELA,<br>    Petitioners,<br><br>v.<br><br>GEORGE W. BUSH, President of the United States, *et al.*,<br>    Respondents. | )<br>)<br>)<br>)<br>)   Civil Action No. 05-1048 (RU)<br>)<br>)<br>)<br>)<br>)<br>) |

**EXHIBIT C TO PETITIONER'S MOTION TO COMPEL ACCESS TO UNREDACTED RETURNS**

The Court Security Officer has informed counsel that this document is CLASSIFIED in its entirety.