# United States Court of Appeals
### For The District Of Columbia Circuit

---

**No. 05-5117**  **September Term, 2004**

02cv00299
02cv00828
02cv01130
04cv01135
04cv01136
04cv01137
04cv01144
04cv01164
04cv01194
04cv01227
04cv01254

**Filed On:**

Khaled A. F. Al Odah, Next Friend of Fawzi Khalid
Adbullah Fahad Al Odah, et al.,
    Appellees

v.

United States of America, et al.,
    Appellants

Consolidated with 05-5118, 05-5119, 05-5120,
05-5121, 05-5122, 05-5123, 05-5124, 05-5125,
05-5126, 05-5127



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
FILED

AUG - 8 2005

CLERK

**BEFORE:** Henderson and Garland, Circuit Judges

### ORDER

Upon consideration of the motion to hold appeal in abeyance, the opposition thereto, and the reply; and the motion to dismiss, the response thereto, and the reply, it is

**ORDERED** that the motion to dismiss be referred to the merits panel to which this appeal is assigned. The parties are directed to address in their briefs the issues presented in the motion to dismiss rather than incorporate those arguments by reference.

The Clerk is directed to enter a briefing schedule and to schedule this case for oral argument.

<u>**Per Curiam**</u>

# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 05-5117**　　　　　　　　　　**September Term, 2004**

02cv00299
02cv00828
02cv01130
04cv01135
04cv01136
04cv01137
04cv01144
04cv01164
04cv01194
04cv01227
04cv01254

**Filed On:**

Khaled A. F. Al Odah, Next Friend of Fawzi Khalid
Adbullah Fahad Al Odah, et al.,
　　　Appellees

v.

United States of America, et al.,
　　　Appellants

Consolidated with 05-5118, 05-5119, 05-5120,
05-5121, 05-5122, 05-5123, 05-5124, 05-5125,
05-5126, 05-5127



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
FILED

AUG − 8 2005

CLERK

### ORDER

It appearing that these consolidated cases present potential problems of duplicative briefing, it is

**ORDERED**, on the court's own motion, that the parties show cause, within 15 days of the date of this order, why the following briefing format should not apply in these cases:

1.　Joint brief for appellants (not to exceed 14,000 words).

2.　Join brief for appellees (not to exceed 14,000 words).

3.　Joint reply brief (not to exceed 7,000 words).

4.　Deferred appendix.

6.　Final briefs.

# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 05-5117**                  **September Term, 2004**

       The parties may also suggest an alternative briefing format to reduce the number of pages submitted to the court. In so doing, the parties should keep in mind that the court looks with extreme disfavor on repetitious submissions and will, where appropriate, require a joint brief of aligned parties with total words not to exceed the standard allotment for a single brief. The parties are directed to provide detailed justifications for any request to file separate briefs or to exceed in the aggregate the standard word allotment. Requests to exceed the standard word allotment must specify the word allotment necessary for each issue.

                                                         FOR THE COURT:
                                                         Mark J. Langer, Clerk

                               BY:     *Linda* (signature)
                                                Deputy Clerk/LD