IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULSALAM ALI ABDULRAHMAN AL-HELA, *et al.*,<br>    Petitioners,<br><br>v.<br><br>GEORGE W. BUSH, President of the United States, *et al.*,<br>    Respondents. | Civil Action No. 05-1048 (RMU) |

## NOTICE AND SUMMARY OF FILING

As required by the Amended Protective Order in this matter, undersigned counsel hereby gives notice that on August 30, 2005, a copy of Petitioner's Reply Memorandum in Support of Motion to Compel Access to Unredacted Factual Returns was delivered to Christine Gunning, Court Security Officer, for clearance for public filing.

The Reply argues in further support of Petitioner's Motion for the Court to order Respondents to provide counsel with access to an unredacted factual return.

The Reply will be filed via the Electronic Case Filing system when it has been cleared by the Court Security Office.

.Dated:    August 30, 2005
               Washington, DC

                                                              Respectfully submitted,

                                                              COVINGTON & BURLING

                                                                    /s/
                                                            David H. Remes
                                                            D.C. Bar No. 370782
                                                           1201 Pennsylvania Avenue, N.W.
                                                           Washington, DC 20004-2401
                                                           Tel: (202) 662-5212
                                                           Fax: (202) 778-5212