IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULSALAM ALI ABDULRAHMAN AL-HELA, *et al.*, <br>     Petitioners, <br><br> *v.* <br><br> GEORGE W. BUSH, President of the United States, *et al.*, <br>     Respondents. | Civil Action No. 05-1048 (RMU) |
| SAEED MOHAMMED SALEH HATIM, *et al.* <br>     Petitioners, <br><br> *v.* <br><br> GEORGE W. BUSH, President of the United States, *et al.*, <br>     Respondents. | Civil Action No. 05-1429 (RMU) |

**NOTICE OF FILING AND SUMMARY OF PETITIONER'S MOTION TO COMPEL ACCESS TO MEDICAL INFORMATION**

As required by the Amended Protective Order in these matters, undersigned counsel hereby gives notice that on September 16, 2005, a copy of Petitioner's Motion to Compel Access to Unredacted Return was brought to the Court Security Officer for clearance for public filing.

The Motion requests that the Court enter an order compelling Respondents to provide Petitioners' counsel with access to certain medical information related to hunger strikes at Guantánamo.

The Motion will be filed via the Electronic Case Filing system when it has been cleared by the Court Security Office.

Dated: Washington, D.C.
      September 16, 2005

                                Respectfully submitted,

                                COVINGTON & BURLING

By:           /s/
                                David H. Remes
                                D.C. Bar No. 370782
                                1201 Pennsylvania Avenue, N.W.
                                Washington, D.C.  20004-2401
                                Tel:  (202) 662-5212
                                Fax: (202) 778-5212

                                Marc D. Falkoff
                                D.C. Bar No. 491149
                                1330 Avenue of the Americas
                                New York, New York  10019
                                Tel:  (212) 841-1166
                                Fax: (646) 441-9166