IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SALEH ABDULLA AL-OSHAN, *et al.*,<br><br>Petitioners/Plaintiffs,<br><br>v.<br><br>GEORGE W. BUSH, *et al.*,<br><br>Respondents/Defendants. | Civil Action No. 05-0520 (RMU) |
| NASSER MAZYAD AL-SUBAIY, *et al.*,<br><br>Petitioners/Plaintiffs,<br><br>v.<br><br>GEORGE W. BUSH, *et al.*,<br><br>Respondents/Defendants. | Civil Action No. 05-CV-1453 (RMU) |
| ABDULSALAM ALI ABDULRAMAN AL-HELA, *et al.*,<br><br>Petitioners/Plaintiffs,<br><br>v.<br><br>GEORGE W. BUSH, *et al.*,<br><br>Respondents/Defendants. | Civil Action No. 05-CV-1048 (RMU) |
| SAEED MOHAMMED SALEH HATIM, *et al.*,<br><br>Petitioners/Plaintiffs,<br><br>v.<br><br>GEORGE W. BUSH, *et al.*,<br><br>Respondents/Defendants. | Civil Action No. 05-CV-1429 (RMU) |

1

| | |
|---|---|
| SALIM MOHAMMED ADAM BIN AMIR, *et al.*,<br><br>Petitioners/Plaintiffs,<br><br>v.<br><br>GEORGE W. BUSH, *et al.*,<br><br>Respondents/Defendants. | Civil Action No. 05-CV-1724 (RMU) |

## PROPOSED ORDER

Upon consideration of Petitioners' Motion to Compel Access to Information Related to Medical Treatment, it is hereby

**ORDERED** that Petitioners' motion is hereby GRANTED; and it is

**FURTHER ORDERED** that Respondents shall provide:

1. Immediate access to Guantánamo by representative counsel to visit with and to ensure that they are receiving adequate medical treatment;

2. Immediate telephonic access between counsel and clients;

3. Telephonic access between counsel, Next Friends, family members and clients;

4. Access by counsel to records indicating Petitioners' medical treatment, meal schedules, punishment and hospitalization; and

5. Copies of Respondents' policies and actions taken with respect to the current and previous hunger strikes by detainees at Guantánamo.

**IT IS SO ORDERED.**

DATED: _____

_____
Hon. Ricardo M. Urbina, U.S.D.J.

2