**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **SAEED MOHAMMED SALEH HATIM**, *et al.*,<br>　　Petitioners,<br><br>　　*v.*<br><br>**GEORGE W. BUSH, President of the United States**, *et al.*,<br>　　Respondents. | Civil Action No. 05-1429 (RMU) |
| **ABDULSALAM ALI ABDULRAHMAN AL-HELA**, *et al.*,<br>　　Petitioners,<br><br>　　*v.*<br><br>**GEORGE W. BUSH, President of the United States**, *et al.*,<br>　　Respondents. | Civil Action No. 05-1048 (RMU) |

## NOTICE AND SUMMARY OF FILING

As required by the Amended Protective Order in this matter, undersigned counsel hereby gives notice that on September 28, 2005, a copy of Petitioners' Reply Memorandum in Support of Motion to Compel Information Related to Medical Treatment was delivered to the Court Security Officer for clearance for public filing.

The Reply argues in further support of Petitioners' Motion asking the Court to order Respondents to provide information related to ongoing hunger strikes at Guantánamo.

The Reply will be filed via the Electronic Case Filing system when it has been cleared by the Court Security Office.

Dated: Washington, DC
      September 28, 2005

                        Respectfully submitted,

                        COVINGTON & BURLING

                        _____/s/_____
                        David H. Remes
                        D.C. Bar No. 370782
                        1201 Pennsylvania Ave. NW
                        Washington, DC 20004
                        (202) 662-5212

                        Marc D. Falkoff
                        D.C. Bar. No. 491149
                        1330 Avenue of the Americas
                        New York, NY 10019
                        (212) 841-1166