# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

SHAFIQ RASUL, *et al.*,                    :
                                           :
               Plaintiffs,           :
                                           :
        v.                  :          Civil Action No. 02-299 (CKK)
                                           :
GEORGE W. BUSH, *et al.*,                  :
                                           :
             Defendants.              :
_____:
KHALED A.F. AL ODAH, *et al.*,             :
                                           :
               Plaintiffs,           :
                                           :
        v.                  :          Civil Action No. 02-828 (CKK)
                                           :
GEORGE W. BUSH, *et al.*,                  :
                                           :
             Defendants.              :
_____:
MAMDOUH HABIB,                             :
                                           :
              Plaintiff,              :
                                           :
        v.                  :          Civil Action No. 02-1130 (CKK)
                                           :
GEORGE W. BUSH, *et al.*,                  :
                                           :
             Defendants.              :
_____:
NIZAR SASSI, *et al.*,                     :
                                           :
               Plaintiffs,           :
                                           :
        v.                  :          Civil Action No. 04-547 (JDB)
                                           :
GEORGE W. BUSH, *et al.*,                  :
                                           :
             Defendants.              :

| | |
|---|---|
| **MURAT KURNAZ,** *et al.*,       : | |
| : | |
|         **Plaintiffs,**     : | |
| : | |
|       **v.**       : | **Civil Action No. 04-1135 (ESH)** |
| : | |
| **GEORGE W. BUSH,** *et al.*,     : | |
| : | |
|         **Defendants.**     : | |
| : | |

| | |
|---|---|
| **OMAR KHADR,**     : | |
| : | |
|         **Plaintiff,**     : | |
| : | |
|       **v.**       : | **Civil Action No. 04-1136 (JDB)** |
| **GEORGE W. BUSH,** *et al.*,     : | |
| : | |
|         **Defendants.**     : | |
| : | |

| | |
|---|---|
| **MOAZZAM BEGG,** *et al.*,     : | |
| : | |
|         **Plaintiffs,**     : | |
| : | |
|       **v.**       : | **Civil Action No. 04-1137 (RMC)** |
| : | |
| **GEORGE W. BUSH,** *et al.*,     : | |
| : | |
|         **Defendants.**     : | |
| : | |

| | |
|---|---|
| **MOURAD BENCHELLALI,** *et al.*,     : | |
| : | |
|         **Plaintiffs,**     : | |
| : | |
|       **v.**       : | **Civil Action No. 04-1142 (RJL)** |
| : | |
| **GEORGE W. BUSH,** *et al.*,     : | |
| : | |
|         **Defendants.**     : | |

JAMIL EL-BANNA, *et al.*,    :
    :
       Plaintiffs,    :
    :
       v.    :    **Civil Action No. 04-1144 (RWR)**
    :
GEORGE W. BUSH, *et al.*,    :
    :
       Defendants.    :
    :

FALEN GHEREBI,    :
    :
       Plaintiff,    :
    :
       v.    :    **Civil Action No. 04-1164 (RBW)**
    :
GEORGE W. BUSH, *et al.*,    :
    :
       Defendants.    :
    :

LAKHDAR BOUMEDIENE, *et al.*,    :
    :
       Plaintiffs,    :
    :
       v.    :    **Civil Action No. 04-1166 (RJL)**
    :
GEORGE W. BUSH, *et al.*,    :
    :
       Defendants.    :
    :

SUHAIL ABDU ANAM, *et al.*,    :
    :
       Plaintiffs,    :
    :
       v.    :    **Civil Action No. 04-1194 (HHK)**
    :
GEORGE W. BUSH, *et al.*,    :
    :
       Defendants.    :

| | | |
|---|---|---|
| **ISA ALI ABDULLA ALMUBATI,** *et al.,* | : | |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| v. | : | **Civil Action No. 04-1227 (RBW)** |
| | : | |
| **GEORGE W. BUSH,** *et al.,* | : | |
| | : | |
| **Defendants.** | : | |
| | : | |
| **MOHMOAD ABDAH,** *et al.,* | : | |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| v. | : | **Civil Action No. 04-1254 (HHK)** |
| | : | |
| **GEORGE W. BUSH,** *et al.,* | : | |
| | : | |
| **Defendants.** | : | |
| | : | |
| **CHARLES SWIFT, as Next Friend for** | : | |
| **SALIM AHMED HAMDAN,** | : | |
| | : | |
| **Plaintiff,** | : | |
| v. | : | **Civil Action No. 04-1519 (JR)** |
| | : | |
| **DONALD H. RUMSFELD,** *et al.,* | : | |
| | : | |
| **Defendants.** | : | |
| | : | |
| **RICHARD BELMAR,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | **Civil Action No. 04-1897 (RMC)** |
| | : | |
| **GEORGE W. BUSH,** *et al.,* | : | |
| | : | |
| **Defendants.** | : | |

**IBRAHIM AHMED MAHMOUDAL**                      :
**QOSI,**                                                          :
                                                       :
                  **Plaintiff,**                            :
                                                        :
            **v.**                                      :      **Civil Action No. 04-1937 (PLF)**
                                                        :
**GEORGE W. BUSH,** *et al.,*                          :
                                                        :
                 **Defendants.**                          :
 ————————————————                      :

**SAIFULLAH PARACHA,**                              :
                                                        :
                  **Plaintiff,**                            :
                                                        :
            **v.**                                      :      **Civil Action No. 04-2022 (PLF)**
                                                        :
**GEORGE W. BUSH,** *et al.,*                          :
                                                        :
                 **Defendants.**                          :
 ————————————————                      :

**JARALLAH AL-MARRI,**                              :
                                                        :
                  **Plaintiff,**                            :
                                                        :
            **v.**                                      :      **Civil Action No. 04-2035 (GK)**
                                                        :
**GEORGE W. BUSH,** *et al.,*                          :
                                                        :
                 **Defendants.**                          :
 ————————————————                      :

**AHCENE ZEMIRI,**                                  :
                                                        :
                  **Plaintiff,**                            :
                                                        :
            **v.**                                      :      **Civil Action No. 04-2046 (CKK)**
                                                        :
**GEORGE W. BUSH,** *et al.,*                          :
                                                        :
                 **Defendants.**                          :

| | | |
|---|---|---|
| **OMAR DEGHAYES,** *et al.,* | : | |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| v. | : | **Civil Action No. 04-2215 (RMC)** |
| | : | |
| **GEORGE W. BUSH,** *et al.,* | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

| | | |
|---|---|---|
| **KHALED BEN MUSTAPHA,** *et al.,* | : | |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| v. | : | **Civil Action No. 05-22 (JR)** |
| | : | |
| **GEORGE W. BUSH,** *et al.,* | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

| | | |
|---|---|---|
| **HANI SALEH RASHID ABDULLAH,** *et al.,* | : | |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| v. | : | **Civil Action No. 05-23 (RWR)** |
| | : | |
| **GEORGE W. BUSH,** *et al.,* | : | |
| | : | |
| **Defendants.** | : | |

| | | |
|---|---|---|
| **MAHMOOD SALIM AL MOHAMMED,** *et al.,* | : | |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| v. | : | **Civil Action No. 05-247 (GK)** |
| | : | |
| **GEORGE W. BUSH,** *et al.,* | : | |
| | : | |
| **Defendants.** | : | |

| | | |
|---|---|---|
| **SHERIF EL-MASHAD,** *et al.*, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | **Civil Action No. 05-270 (JR)** |
| | : | |
| **GEORGE W. BUSH,** *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |
| **MOHAMMED AL-ADAHI,** *et al.*, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | **Civil Action No. 05-280 (GK)** |
| | : | |
| **GEORGE W. BUSH,** *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |
| **MAJID ABDULLA AL JOUDI,** *et al.*, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | **Civil Action No. 05-301 (GK)** |
| | : | |
| **GEORGE W. BUSH,** *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |
| **JOHN DOES 1-570,** | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | **Civil Action No. 05-313 (CKK)** |
| | : | |
| **GEORGE W. BUSH,** *et al.*, | : | |
| | : | |
| Defendants. | : | |

-7-

| | | |
|---|---|---|
| **AHMED ABDULLAH-WAZAN,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | **Civil Action No. 05-329 (PLF)** |
| | : | |
| **GEORGE W. BUSH,** *et al.*, | : | |
| | : | |
| **Defendants.** | : | |
| **ABDULA THANI FARIS AL-ANAZI,** *et al.*, | : | |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| v. | : | **Civil Action No. 05-345 (JDB)** |
| | : | |
| **GEORGE W. BUSH,** *et al.*, | : | |
| | : | |
| **Defendants.** | : | |
| **RAFIQ BIN BASHIR BIN JALLUL ALHAMI,** *et al.*, | : | |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| v. | : | **Civil Action No. 05-359 (GK)** |
| | : | |
| **GEORGE W. BUSH,** *et al.*, | : | |
| | : | |
| **Defendants.** | : | |
| **DJAMEL AMEZIANE,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | **Civil Action No. 05-392 (ESH)** |
| | : | |
| **GEORGE W. BUSH,** *et al.*, | : | |
| | : | |
| **Defendants.** | : | |

| | |
|---|---|
| **AYMEN SAEED BATARFI,** | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | :     **Civil Action No. 05-409 (EGS)** |
| | : |
| **GEORGE W. BUSH,** *et al.*, | : |
| | : |
| Defendants. | : |

| | |
|---|---|
| **HISHAM SLITI,** *et al.*, | : |
| | : |
| Plaintiffs, | : |
| | : |
| v. | :     **Civil Action No. 05-429 (RJL)** |
| | : |
| **GEORGE W. BUSH,** *et al.*, | : |
| | : |
| Defendants. | : |

| | |
|---|---|
| **M.C.,** | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | :     **Civil Action No. 05-430 (ESH)** |
| | : |
| **GEORGE W. BUSH,** *et al.*, | : |
| | : |
| Defendants. | : |

| | |
|---|---|
| **USAMA HASAN ABU KABIR,** *et al.*, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | :     **Civil Action No. 05-431 (RJL)** |
| | : |
| **GEORGE W. BUSH,** *et al.*, | : |
| | : |
| Defendants. | : |

| | | |
|---|---|---|
| **RASHID ABDUL MOSLEH QAYED,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | **Civil Action No. 05-454 (RMU)** |
| | : | |
| **GEORGE W. BUSH,** *et al.*, | : | |
| | : | |
| **Defendants.** | : | |
| **ABDUL-SALAM GAITHAN MUREEF AL-SHIHRY,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | **Civil Action No. 05-490 (PLF)** |
| | : | |
| **GEORGE W. BUSH,** *et al.*, | : | |
| | : | |
| **Defendants.** | : | |
| **AHAMED ABDUL-AZIZ,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | **Civil Action No. 05-492 (JR)** |
| | : | |
| **GEORGE W. BUSH,** *et al.*, | : | |
| | : | |
| **Defendants.** | : | |
| **ABU BAKKER QASSIM,** *et al.*, | : | |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| v. | : | **Civil Action No. 05-497 (JR)** |
| | : | |
| **GEORGE W. BUSH,** *et al.*, | : | |
| | : | |
| **Defendants.** | : | |

**SALEH ABDULLAH AL-OSHAN,** *et al.*,  :
                                        :
                     Plaintiff,         :
                                        :
          v.                            :       **Civil Action No. 05-520 (RMU)**
                                        :
**GEORGE W. BUSH,** *et al.*,           :
                                        :
                     Defendants.        :

**MUHAMMED KHAN TUMANI,** *et al.*,     :
                                        :
                     Plaintiffs,        :
                                        :
          v.                            :       **Civil Action No. 05-526 (RMU)**
                                        :
**GEORGE W. BUSH,** *et al.*,           :
                                        :
                     Defendants.        :

**SULAIMAN SAAD MOHAAMED**              :
**AL-OSHAN,**                           :
                                        :
                     Plaintiff,         :
                                        :
          v.                            :       **Civil Action No. 05-533 (RJL)**
                                        :
**GEORGE W. BUSH,** *et al.*,           :
                                        :
                     Defendants.        :

**MAJID RADHI AL TOUME**                :
**AL SHAMRI,**                          :
                                        :
                     Plaintiff,         :
                                        :
          v.                            :       **Civil Action No. 05-551 (RWR)**
                                        :
**GEORGE W. BUSH,** *et al.*,           :
                                        :
                     Defendants.        :

-11-

| | | |
|---|---|---|
| **MOHAMMEDOU OULD SALAHI,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | **Civil Action No. 05-569 (JR)** |
| | : | |
| **GEORGE W. BUSH,** *et al.,* | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

| | | |
|---|---|---|
| **AMEUR MAMMAR,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | **Civil Action No. 05-573 (RJL)** |
| | : | |
| **GEORGE W. BUSH,** *et al.,* | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

| | | |
|---|---|---|
| **ABDULRAZZAQ ABDULLA AL-SHAREKH,** *et al.,* | : | |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| v. | : | **Civil Action No. 05-583 (RJL)** |
| | : | |
| **GEORGE W. BUSH,** *et al.,* | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

| | | |
|---|---|---|
| **MURTADHA ALI MAGRAM,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | **Civil Action No. 05-584 (CKK)** |
| | : | |
| **GEORGE W. BUSH,** *et al.,* | : | |
| | : | |
| **Defendants.** | : | |

| | |
|---|---|
| **ABDULLAH IBRAHIM ABDULLAH** | : |
| **AL RASHAIDAN,** | : |
| | : |
|           **Plaintiff,** | : |
| | : |
|           **v.** | :     **Civil Action No. 05-586 (RWR)** |
| | : |
| **GEORGE W. BUSH,** *et al.,* | : |
| | : |
|           **Defendants.** | : |

| | |
|---|---|
| **WAHIDOF ABDUL MOKIT,** | : |
| | : |
|           **Plaintiff,** | : |
| | : |
|           **v.** | :     **Civil Action No. 05-621 (HHK)** |
| | : |
| **GEORGE W. BUSH,** *et al.,* | : |
| | : |
|           **Defendants.** | : |

| | |
|---|---|
| **OMER SAEED SALEM AL DAINI,** | : |
| | : |
|           **Plaintiff,** | : |
| | : |
|           **v.** | :     **Civil Action No. 05-634 (RWR)** |
| | : |
| **GEORGE W. BUSH,** *et al.,* | : |
| | : |
|           **Defendants.** | : |

| | |
|---|---|
| **AHMED ERRACHIDI,** *et al.,* | : |
| | : |
|           **Plaintiffs,** | : |
| | : |
|           **v.** | :     **Civil Action No. 05-640 (EGS)** |
| | : |
| **GEORGE W. BUSH,** *et al.,* | : |
| | : |
|           **Defendants.** | : |

_____ :
**ABDUL SALAM ZAEEF,**              :
                                   :
            **Plaintiff,**          :
                                   :
      **v.**                        :    **Civil Action No. 05-660 (RMC)**
                                   :
**GEORGE W. BUSH,** *et al.,*       :
                                   :
            **Defendants.**         :
_____ :
**HAZI AHMED,**                     :
                                   :
            **Plaintiff,**          :
                                   :
      **v.**                        :    **Civil Action No. 05-665 (JR)**
                                   :
**GEORGE W. BUSH,** *et al.,*       :
                                   :
            **Defendants.**         :
_____ :
**ELHAM BATTAYAV,**                 :
                                   :
            **Plaintiff,**          :
                                   :
      **v.**                        :    **Civil Action No. 05-714 (RBW)**
                                   :
**GEORGE W. BUSH,** *et al.,*       :
                                   :
            **Defendants.**         :
_____ :
**SALIM MUHOOD ADEM,**              :
                                   :
            **Plaintiff,**          :
                                   :
      **v.**                        :    **Civil Action No. 05-723 (RWR)**
                                   :
**GEORGE W. BUSH,** *et al.,*       :
                                   :
            **Defendants.**         :

| | | |
|---|---|---|
| **MOHSEN ABDRUB ABOASSY,** *et al.*, | : | |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| v. | : | **Civil Action No. 05-748 (RMC)** |
| | : | |
| **GEORGE W. BUSH,** *et al.*, | : | |
| | : | |
| **Defendants.** | : | |
| | : | |
| **ADEL HAMLILY,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | **Civil Action No. 05-763 (JDB)** |
| | : | |
| **GEORGE W. BUSH,** *et al.*, | : | |
| | : | |
| **Defendants.** | : | |
| | : | |
| **AHMED ABU IMRAN,** *et al.*, | : | |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| v. | : | **Civil Action No. 05-764 (CKK)** |
| | : | |
| **GEORGE W. BUSH,** *et al.*, | : | |
| | : | |
| **Defendants.** | : | |
| | : | |
| **BENJAMIN MOHAMMED AL HABASHI,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | **Civil Action No. 05-765 (EGS)** |
| | : | |
| **GEORGE W. BUSH,** *et al.*, | : | |
| | : | |
| **Defendants.** | : | |

-15-

**ABDUL HADI IBN EL HATHILY** :
**AL HAMAMY,** :
 :
   **Plaintiff,** :
 :
   v. : **Civil Action No. 05-766 (RJL)**
 :
**GEORGE W. BUSH,** *et al.,* :
 :
   **Defendants.** :
_____:

**SOFIAN EBRAHIM HAMAD** :
**HAMOODAH,** :
 :
   **Plaintiff,** :
 :
   v. : **Civil Action No. 05-795 (RJL)**
 :
**GEORGE W. BUSH,** *et al.,* :
 :
   **Defendants.** :
_____:

**ALLADEEN,** *et al.,* :
 :
   **Plaintiffs,** :
 :
   v. : **Civil Action No. 05-833 (JR)**
 :
**GEORGE W. BUSH,** *et al.,* :
 :
   **Defendants.** :
_____:

**KHIALI-GUL,** :
 :
   **Plaintiff,** :
 :
   v. : **Civil Action No. 05-877 (JR)**
 :
**GEORGE W. BUSH,** *et al.,* :
 :
   **Defendants.** :

RAHMATTULLAH,                               :
                                           :
                Plaintiff,                 :
                                           :
        v.                                 :        Civil Action No. 05-878 (CKK)
                                           :
GEORGE W. BUSH, *et al.,*                   :
                                           :
                Defendants.                :
_____   :
TAJ MOHAMMAD,                              :
                                           :
                Plaintiff,                 :
                                           :
        v.                                 :        Civil Action No. 05-879 (RBW)
                                           :
GEORGE W. BUSH, *et al.,*                   :
                                           :
                Defendants.                :
_____   :
HAJI NASRAT,                               :
                                           :
                Plaintiff,                 :
                                           :
        v.                                 :        Civil Action No. 05-880 (ESH)
                                           :
GEORGE W. BUSH, *et al.,*                   :
                                           :
                Defendants.                :
_____   :
MOHAMEDUO OULD SLAHI,                      :
                                           :
                Plaintiff,                 :
                                           :
        v.                                 :        Civil Action No. 05-881 (RWR)
                                           :
GEORGE W. BUSH, *et al.,*                   :
                                           :
                Defendants.                :

| | | |
|---|---|---|
| **FAZIL RAHMAN,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | **Civil Action No. 05-882 (GK)** |
| | : | |
| **GEORGE W. BUSH,** *et al.,* | : | |
| | : | |
| **Defendants.** | : | |
| | : | |
| **KARIN BOSTAN,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | **Civil Action No. 05-883 (RBW)** |
| | : | |
| **GEORGE W. BUSH,** *et al.,* | : | |
| | : | |
| **Defendants.** | : | |
| | : | |
| **MUHIBULLAH,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | **Civil Action No. 05-884 (RMC)** |
| | : | |
| **GEORGE W. BUSH,** *et al.,* | : | |
| | : | |
| **Defendants.** | : | |
| | : | |
| **ALIF MOHAMMAD,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | **Civil Action No. 05-885 (GK)** |
| | : | |
| **GEORGE W. BUSH,** *et al.,* | : | |
| | : | |
| **Defendants.** | : | |

ABDUL WAHAB,                         :
                                    :
              Plaintiff,            :
                                    :
       v.                           :    Civil Action No. 05-886 (EGS)
                                    :
GEORGE W. BUSH, *et al.,*           :
                                    :
              Defendants.           :
_____:
CHAMAN,                             :
                                    :
              Plaintiff,            :
                                    :
       v.                           :    Civil Action No. 05-887 (RWR)
                                    :
GEORGE W. BUSH, *et al.,*           :
                                    :
              Defendants.           :
_____:
NAZUL GUL,                          :
                                    :
              Plaintiff,            :
                                    :
       v.                           :    Civil Action No. 05-888 (CKK)
                                    :
GEORGE W. BUSH, *et al.,*           :
                                    :
              Defendants.           :
_____:
YASIN MUHAMMED BASARDH,             :
                                    :
              Plaintiff,            :
                                    :
       v.                           :    Civil Action No. 05-889 (EGS)
                                    :
GEORGE W. BUSH, *et al.,*           :
                                    :
              Defendants.           :

| | | |
|---|---|---|
| SHARBAT KHAN, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 05-890 (RMC) |
| | : | |
| GEORGE W. BUSH, *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |
| NASRULLAH, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 05-891 (RBW) |
| | : | |
| GEORGE W. BUSH, *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |
| ALI HUSSIAN MUHAMMAD MUETY SHAABAN, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 05-892 (CKK) |
| | : | |
| GEORGE W. BUSH, *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |
| MOHAMMAD MUSTAFA SOHAIL, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 05-993 (RMU) |
| | : | |
| GEORGE W. BUSH, *et al.*, | : | |
| | : | |
| Defendants. | : | |

| | | |
|---|---|---|
| **KASIMBEKOV KOMOLIDDIN** | : | |
| **TOHIRJANOVICH,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | **Civil Action No. 05-994 (RCL)** |
| **GEORGE W. BUSH,** *et al.,* | : | |
| | : | |
| **Defendants.** | : | |
| | : | |
| **MOHAMEDOU OULD SLAHI,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | **Civil Action No. 05-995 (GK)** |
| | : | |
| **GEORGE W. BUSH,** *et al.,* | : | |
| | : | |
| **Defendants.** | : | |
| | : | |
| **AKHTEYAR MOHAMMAD,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | **Civil Action No. 05-996 (JR)** |
| | : | |
| **GEORGE W. BUSH,** *et al.,* | : | |
| | : | |
| **Defendants.** | : | |
| | : | |
| **KHUDAIDAD,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | **Civil Action No. 05-997 (PLF)** |
| | : | |
| **GEORGE W. BUSH,** *et al.,* | : | |
| | : | |
| **Defendants.** | : | |

| | | |
|---|---|---|
| **ARKAN MOHAMMAD GHAFIL**<br>**AL KAAIM,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **Civil Action No. 05-998 (RMU)** |
| | : | |
| **GEORGE W. BUSH,** *et al.,* | : | |
| | : | |
| Defendants. | : | |
| **ASIM BEN THABIT AL-KHALAQI,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **Civil Action No. 05-999 (RBW)** |
| | : | |
| **GEORGE W. BUSH,** *et al.,* | : | |
| | : | |
| Defendants. | : | |
| **ABIB SARAJUDDIN,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **Civil Action No. 05-1000 (PLF)** |
| | : | |
| **GEORGE W. BUSH,** *et al.,* | : | |
| | : | |
| Defendants. | : | |
| **ABDULLA MOHAMMED KAHN,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **Civil Action No. 05-1001 (ESH)** |
| | : | |
| **GEORGE W. BUSH,** *et al.,* | : | |
| | : | |
| Defendants. | : | |

AKHTAR MOHAMMED,        :
                                    :

        Plaintiff,        :
                                    :

        v.                  :        Civil Action No. 05-1002 (EGS)
                                    :

GEORGE W. BUSH, *et al.*,     :
                                    :

        Defendants.     :
_____ :

HABIBULLAH MANGUT,     :
                                    :

        Plaintiff,        :
                                    :

        v.                  :        Civil Action No. 05-1008 (JDB)
                                    :

GEORGE W. BUSH, *et al.*,     :
                                    :

        Defendants.     :
_____ :

ADEL HASSAN HAMAD,     :
                                    :

        Plaintiff,        :
                                    :

        v.                  :        Civil Action No. 05-1009 (RCL)
                                    :

GEORGE W. BUSH, *et al.*,     :
                                    :

        Defendants.     :
_____ :

MOHABAT KHAN,          :
                                    :

        Plaintiff,        :
                                    :

        v.                  :        Civil Action No. 05-1010 (RJL)
                                    :

GEORGE W. BUSH, *et al*.,     :
                                    :

        Defendants.     :

-23-

| | | |
|---|---|---|
| **ABDUL ZUHOOR,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **Civil Action No. 05-1011 (JR)** |
| | : | |
| **GEORGE W. BUSH,** *et al.,* | : | |
| | : | |
| Defendants. | : | |
| | : | |
| **SYED MUHAMMAD ALI SHAH,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **Civil Action No. 05-1012 (ESH)** |
| | : | |
| **GEORGE W. BUSH,** *et al.,* | : | |
| | : | |
| Defendants. | : | |
| | : | |
| **ABDUL SALAAM,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **Civil Action No. 05-1013 (JDB)** |
| | : | |
| **GEORGE W. BUSH,** *et al.,* | : | |
| | : | |
| Defendants. | : | |
| | : | |
| **ABDULSALAM ALI ABDULRAHMAN AL-HELA,** | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | **Civil Action No. 05-1048 (RMU)** |
| | : | |
| **GEORGE W. BUSH,** *et al.,* | : | |
| | : | |
| Defendants. | : | |

| | | |
|---|---|---|
| **ALI SHAH MOUSOVI,** *et al.*, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | **Civil Action No. 05-1124 (RMC)** |
| | : | |
| **GEORGE W. BUSH,** *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |

| | | |
|---|---|---|
| **OMAR MOHAMMED KHALIFH,** *et al.*, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | **Civil Action No. 05-1189 (HHK)** |
| | : | |

| | | |
|---|---|---|
| **ABU ABDUL RAUF ZALITA,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **Civil Action No. 05-1220 (RMU)** |
| | : | |
| **GEORGE W. BUSH,** *et al.*, | : | |
| | : | |
| Defendants. | : | |

| | | |
|---|---|---|
| **AMEUR MAMMAR,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **Civil Action No. 05-1233 (RJL)** |
| | : | |
| **GEORGE W. BUSH,** *et al.*, | : | |
| | : | |
| Defendants. | : | |

_____
LABED AHMD,                          :
                                     :
                Plaintiff,           :
                                     :
        v.                           :    Civil Action No. 05-1234 (EGS)
                                     :
GEORGE W. BUSH, *et al*.,            :
                                     :
                Defendants.          :
_____            :
ABDUL BAQI,                          :
                                     :
                Plaintiff,           :
                                     :
        v.                           :    Civil Action No. 05-1235 (PLF)
                                     :
GEORGE W. BUSH, *et al*.,            :
                                     :
                Defendants.          :
_____            :
ABDULZAHER,                          :
                                     :
                Plaintiff,           :
                                     :
        v.                           :    Civil Action No. 05-1236 (RWR)
                                     :
GEORGE W. BUSH, *et al*.,            :
                                     :
                Defendants.          :
_____            :
AMINULLAH,                           :
                                     :
                Plaintiff,           :
                                     :
        v.                           :    Civil Action No. 05-1237 (ESH)
                                     :
GEORGE W. BUSH, *et al*.,            :
                                     :
                Defendants.          :

-26-

| | | |
|---|---|---|
| **HAJJI GHALIB,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | **Civil Action No. 05-1238 (CKK)** |
| | : | |
| **GEORGE W. BUSH,** *et al.*, | : | |
| | : | |
| **Defendants.** | : | |
| | : | |
| **ALI ADEL MOTALEB AWEID AL KHAIY,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | **Civil Action No. 05-1239 (RJL)** |
| | : | |
| **GEORGE W. BUSH,** *et al.*, | : | |
| | : | |
| **Defendants.** | : | |
| | : | |
| **ALI ABDULMOTALIB AWEID HASSAN ALTAIY,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | **Civil Action No. 05-1240 (RJL)** |
| | : | |
| **GEORGE W. BUSH,** *et al.*, | : | |
| | : | |
| **Defendants.** | : | |
| | : | |
| **ABDUL HAKIM ABDUL KAARIN AMIN BUKHARI,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | **Civil Action No. 05-1241 (RMC)** |
| | : | |
| **GEORGE W. BUSH,** *et al.*, | : | |
| | : | |
| **Defendants.** | : | |

| | | |
|---|---|---|
| **AHSANULLAH PIRZAI,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **Civil Action No. 05-1242 (RCL)** |
| | : | |
| **GEORGE W. BUSH,** *et al.,* | : | |
| | : | |
| **Defendants.** | : | |
| | : | |
| **IHSAN ULLAH PEERZAI,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **Civil Action No. 05-1243 (GK)** |
| | : | |
| **GEORGE W. BUSH,** *et al.,* | : | |
| | : | |
| **Defendants.** | : | |
| | : | |
| **TARIQ MAHMOUD ALSAWAM,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **Civil Action No. 05-1244 (CKK)** |
| | : | |
| **GEORGE W. BUSH,** *et al.,* | : | |
| | : | |
| **Defendants.** | : | |
| | : | |
| **ABDUL MAJID MOHAMMADI,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **Civil Action No. 05-1246 (RWR)** |
| | : | |
| **GEORGE W. BUSH,** *et al.,* | : | |
| | : | |
| **Defendants.** | : | |

| | | |
|---|---|---|
| **ABDULRAHIM ABDUL RAZAK** **AL GINCO,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **Civil Action No. 05-1310 (RJL)** |
| | : | |
| **GEORGE W. BUSH,** *et al.,* | : | |
| | : | |
| Defendants. | : | |
| **EHSAN ULLAH,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **Civil Action No. 05-1311 (CKK)** |
| | : | |
| **GEORGE W. BUSH,** *et al.,* | : | |
| | : | |
| Defendants. | : | |
| **GHALEB NASSAR AL BIHANI,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **Civil Action No. 05-1312 (RJL)** |
| | : | |
| **GEORGE W. BUSH,** *et al.,* | : | |
| | : | |
| Defendants. | : | |
| **FARHI SAEED BIN MOHAMMED,** *et al.,* | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | **Civil Action No. 05-1347 (GK)** |
| | : | |
| **GEORGE W. BUSH,** *et al.,* | : | |
| | : | |
| Defendants. | : | |

CYRUS KAR,                              :
                                        :
                 Plaintiff,             :
                                        :
        v.                              :    Civil Action No. 05-1348 (JR)
                                        :
GEORGE W. BUSH, *et al.*,               :
                                        :
                 Defendants.            :
                                        :
_____ :
MOTAI SAIB,                             :
                                        :
                 Plaintiff,             :
                                        :
        v.                              :    Civil Action No. 05-1353 (RMC)
                                        :
GEORGE W. BUSH, *et al.*,               :
                                        :
                 Defendants.            :
                                        :
_____ :
SAEED MOHAMMED SALEH                    :
HATIM, *et al.*,                        :
                                        :
                 Plaintiffs,            :
                                        :
        v.                              :    Civil Action No. 05-1429 (HHK)
                                        :
GEORGE W. BUSH, *et al.*,               :
                                        :
                 Defendants.            :
                                        :
_____ :
NASSER MAZYAD ABDULLAH                  :
AL-SUBAIY, *et al.*,                    :
                                        :
                 Plaintiffs,            :
                                        :
        v.                              :    Civil Action No. 05-1453 (RMU)
                                        :
GEORGE W. BUSH, *et al.*,               :
                                        :
                 Defendants.            :

JIHAD DHIAB,      :
                            :
         Plaintiff,   :
                            :
       v.            :     Civil Action No. 05-1457 (GK)
                            :
GEORGE W. BUSH, *et al.*,  :
                            :
        Defendants.  :

AHMED "DOE,"      :
                            :
         Plaintiff,   :
                            :
       v.            :     Civil Action No. 05-1458 (ESH)
                            :
GEORGE W. BUSH, *et al.*,  :
                            :
        Defendants.  :

JAWAD JABBER SADKHAN,  :
                            :
         Plaintiff,   :
                            :
       v.            :     Civil Action No. 05-1487 (RMC)
                            :
GEORGE W. BUSH, *et al.*,  :
                            :
        Defendants.  :

FAIZULLAH,      :
                            :
         Plaintiff,   :
                            :
       v.            :     Civil Action No. 05-1489 (RMU)
                            :
GEORGE W. BUSH, *et al.*,  :
                            :
        Defendants.  :

| | | |
|---|---|---|
| **FARAJ ABDL AL HADMI OMAR MAHOUD,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **Civil Action No. 05-1490 (PLF)** |
| | : | |
| **GEORGE W. BUSH,** *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |
| **SAWAT KHAN,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **Civil Action No. 05-1491 (JR)** |
| | : | |
| **GEORGE W. BUSH,** *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |
| **ABDU AHMAD,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **Civil Action No. 05-1492 (RCL)** |
| | : | |
| **GEORGE W. BUSH,** *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |
| **MOHAMMED AMON,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **Civil Action No. 05-1493 (RBW)** |
| | : | |
| **GEORGE W. BUSH,** *et al.*, | : | |
| | : | |
| Defendants. | : | |

_____

**ADIL BIN MUHAMMAD AL WIRGHI,** :
                                 :
           **Plaintiff,**       :
                                   :
             **v.**               :      **Civil Action No. 05-1497 (GK)**
                                   :
**GEORGE W. BUSH,** *et al.*, :
                                   :
           **Defendants.**   :
_____ :

**NABIL (LAST NAME UNKNOWN),** :
                                   :
           **Plaintiff,**       :
                                   :
             **v.**               :      **Civil Action No. 05-1504 (RMC)**
                                   :
**GEORGE W. BUSH,** *et al.*, :
                                   :
           **Defendants.**   :
_____ :

**ABBAR SUFIAN AL HAWARY,** :
                                   :
           **Plaintiff,**       :
                                   :
             **v.**               :      **Civil Action No. 05-1505 (RMC)**
                                   :
**GEORGE W. BUSH,** *et al.*, :
                                   :
           **Defendants.**   :
_____ :

**SHAFIQ (LAST NAME UNKNOWN),** :
                                   :
           **Plaintiff,**       :
                                   :
             **v.**               :      **Civil Action No. 05-1506 (RMC)**
                                   :
**GEORGE W. BUSH,** *et al.*, :
                                   :
           **Defendants.**   :

| | | |
|---|---|---|
| **JAMAL KIYEMBA,** *et al.*, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | **Civil Action No. 05-1509 (RMU)** |
| | : | |
| **GEORGE W. BUSH,** *et al.*, | : | |
| | : | |
| Defendants. | : | |

| | | |
|---|---|---|
| **IBRAHIM OSMAN IBRAHIM IDRIS,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **Civil Action No. 05-1555 (JR)** |
| | : | |
| **GEORGE W. BUSH,** *et al.*, | : | |
| | : | |
| Defendants. | : | |

| | | |
|---|---|---|
| **ABDUL HADI OMER HAMOUD FARAJ,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **Civil Action No. 05-1590 (GK)** |
| | : | |
| **GEORGE W. BUSH,** *et al.*, | : | |
| | : | |
| Defendants. | : | |

| | | |
|---|---|---|
| **HASSAN BIN ATTASH,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **Civil Action No. 05-1592 (HHK)** |
| | : | |
| **GEORGE W. BUSH,** *et al.*, | : | |
| | : | |
| Defendants. | : | |

| | | |
|---|---|---|
| **HAMID AL RAZAK,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | **Civil ACtion No. 05-1601 (GK)** |
| | : | |
| **GEORGE W. BUSH,** *et al.*, | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

| | | |
|---|---|---|
| **EDHAM MAMET,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | **Civil Action No. 05-1602 (RMU)** |
| | : | |
| **GEORGE W. BUSH,** *et al.*, | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

| | | |
|---|---|---|
| **ABDUL RAHEEM GHULAM RABBANI,** *et al.*, | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | **Civil Action No. 05-1607 (JR)** |
| | : | |
| **GEORGE W. BUSH,** *et al.*, | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

| | | |
|---|---|---|
| **ABDUL ZAHIR,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | **Civil Action No. 05-1623 (CKK)** |
| | : | |
| **GEORGE W. BUSH,** *et al.*, | : | |
| | : | |
| **Defendants.** | : | |

-35-

**MOHAMMAD AKHTIAR,**                          :
                                              :
       **Plaintiff,**               :
                                              :
       **v.**                      :     **Civil Action No. 05-1635 (PLF)**
                                              :
**GEORGE W. BUSH,** *et al.*,                   :
                                              :
       **Defendants.**              :
                                              :

**MOHAMMED RAJEB ABU**                         :
**GHANEM,**                                     :
                                              :
       **Plaintiff,**               :
                                              :
       **v.**                      :     **Civil Action No. 05-1638 (CKK)**
                                              :
**GEORGE W. BUSH,** *et al.*,                   :
                                              :
       **Defendants.**              :
                                              :

**AMEEN MOHAMMAD ALBKRI,**                     :
                                              :
       **Plaintiff,**               :
                                              :
       **v.**                      :     **Civil Action No. 05-1639 (RBW)**
                                              :
**GEORGE W. BUSH,** *et al.*,                   :
                                              :
       **Defendants.**              :
                                              :

**ABDULAZIZ ABDULRAHMAN**                      :
**AL-BADAH,** *et al.*,                          :
                                              :
       **Plaintiffs,**              :
                                              :
       **v.**                      :     **Civil Action No. 05-1641 (CKK)**
                                              :
**GEORGE W. BUSH,** *et al.*,                   :
                                              :
       **Defendants.**              :

| | | |
|---|---|---|
| **HUSSAIN SALEM MOHAMMED,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | **Civil Action No. 05-1645 (PLF)** |
| | : | |
| **GEORGE W. BUSH,** *et al.*, | : | |
| | : | |
| **Defendants.** | : | |
| | : | |
| **WALEED SAEED BNSAEED ZAID,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | **Civil Action No. 05-1646 (PLF)** |
| | : | |
| **GEORGE W. BUSH,** *et al.*, | : | |
| | : | |
| **Defendants.** | : | |
| | : | |
| **HUSSEIN SALEM MOHAMMAD** | : | |
| **ABDULLAH EL-MARQODI,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | **Civil Action No. 05-1649 (RMU)** |
| | : | |
| **GEORGE W. BUSH,** *et al.*, | : | |
| | : | |
| **Defendants.** | : | |
| | : | |
| **ZEIAD SALEH AL BAHOOTH,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | **Civil Action No. 05-1666 (ESH)** |
| | : | |
| **GEORGE W. BUSH,** *et al.*, | : | |
| | : | |
| **Defendants.** | : | |

-37-

**ABDALHADI M. AL-SOPAI,**                          :
                                                     :
                        **Plaintiff,**               :
                                                     :
            v.                                       :        **Civil Action No. 05-1667 (RBW)**
                                                     :
**GEORGE W. BUSH,** *et al.***,**                     :
                                                     :
                        **Defendants.**              :
                                                     :
**RASHID AWAD AL AWEDA,**                            :
                                                     :
                        **Plaintiff,**               :
                                                     :
            v.                                       :        **Civil Action No. 05-1668 (GK)**
                                                     :
**GEORGE W. BUSH,** *et al.***,**                     :
                                                     :
                        **Defendants.**              :
                                                     :
**FAHAD SALEH ALGATEL,**                             :
                                                     :
                        **Plaintiff,**               :
                                                     :
            v.                                       :        **Civil Action No. 05-1669 (RWR)**
                                                     :
**GEORGE W. BUSH,** *et al.***,**                     :
                                                     :
                        **Defendants.**              :
                                                     :
**ALLA ALI BIN ALI AHMED,**                          :
                                                     :
                        **Plaintiff,**               :
                                                     :
            v.                                       :        **Civil Action No. 05-1678 (GK)**
                                                     :
**GEORGE W. BUSH,** *et al.***,**                     :
                                                     :
                        **Defendants.**              :

| | |
|---|---|
| **JAWAD JABBAR SADKHAN** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| **v.** : | **Civil Action No. 05-1679 (RJL)** |
| : | |
| **GEORGE W. BUSH,** *et al.*, : | |
| : | |
| **Defendants.** : | |
| : | |
| **KADEER KHANDAN,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| **v.** : | **Civil Action No. 05-1697 (PLF)** |
| : | |
| **GEORGE W. BUSH,** *et al.*, : | |
| : | |
| **Defendants.** : | |
| : | |
| **USAMA HASAN ABU KABIR,** *et al.*, : | |
| : | |
| **Plaintiffs,** : | |
| : | |
| **v.** : | **Civil Action No. 05-1704 (JR)** |
| : | |
| **GEORGE W. BUSH,** *et al.*, : | |
| : | |
| **Defendants.** : | |
| : | |
| **YOUSIF ABDULLAH AL-RUBAISH,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| **v.** : | **Civil Action No. 05-1714 (RWR)** |
| : | |
| **GEORGE W. BUSH,** *et al.*, : | |
| : | |
| **Defendants.** : | |

**SALIM MOHAMMED ADAM BIN AMIR,**

     **Plaintiff,**

     **v.**          **Civil Action No. 05-1724 (RMU)**

**GEORGE W. BUSH, *et al.*,**

     **Defendants.**

**ABRAHIM OTHMAN ABRAHIM EDRIES,**

     **Plaintiff,**

     **v.**          **Civil Action No. 05-1725 (RWR)**

**GEORGE W. BUSH, *et al.*,**

     **Defendants.**

**MUHAMMED QASIM,**

     **Plaintiff,**

     **v.**          **Civil Action No. 05-1779 (JDB)**

**GEORGE W. BUSH, *et al.*,**

     **Defendants.**

**ABDANNOUR SAMEUR,**

     **Plaintiff,**

     **v.**          **Civil Action No. 05-1806 (CKK)**

**GEORGE W. BUSH, *et al.*,**

     **Defendants.**

| | |
|---|---|
| **MAZIN SALIH AL-HARBI,** | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | :     **Civil Action No. 05-1857 (CKK)** |
| | : |
| **GEORGE W. BUSH,** *et al.*, | : |
| | : |
| Defendants. | : |
| | : |
| **ABU ABDUL AZIZ,** | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | :     **Civil Action No. 05-1864 (HHK)** |
| | : |
| **GEORGE W. BUSH,** *et al.*, | : |
| | : |
| Defendants. | : |
| | : |
| **AYOUB HAJI MAMET,** *et al.*, | : |
| | : |
| Plaintiffs, | : |
| | : |
| v. | :     **Civil Action No. 05-1886 (JR)** |
| | : |
| **GEORGE W. BUSH,** *et al.*, | : |
| | : |
| Defendants. | : |
| | : |
| **FAWAZ NAMAN HAMOUD,** | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | :     **Civil Action No. 05-1894 (RWR)** |
| | : |
| **GEORGE W. BUSH,** *et al.*, | : |
| | : |
| Defendants. | : |

| | | |
|---|---|---|
| **MOHAMMED AL-QAHTANI,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | **Civil Action No. 05-1971 (RMC)** |
| | : | |
| **GEORGE W. BUSH,** *et al.*, | : | |
| | : | |
| **Defendants.** | : | |
| | : | |
| **ISMAIL ALKHEMISI,** *et al.*, | : | |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| v. | : | **Civil Action No. 05-1983 (RMU)** |
| | : | |
| **GEORGE W. BUSH,** *et al.*, | : | |
| | : | |
| **Defendants.** | : | |
| | : | |
| **RAVIL MINGAZA GAMIL,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | **Civil Action No. 05-2010 (JR)** |
| | : | |
| **GEORGE W. BUSH,** *et al.*, | : | |
| | : | |
| **Defendants.** | : | |
| | : | |
| **BENDER AYED HAMOUD HEZAM AL-OTEIBI AL-SHABANY,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | **Civil Action No. 05-2029 (JDB)** |
| | : | |
| **GEORGE W. BUSH,** *et al.*, | : | |
| | : | |
| **Defendants.** | : | |

ZAKIRJAN,                            :

                       :

            Plaintiff,        :

                       :

           v.            :       Civil Action No. 05-2053 (HHK)

                       :

GEORGE W. BUSH, *et al.*,       :

                       :

           Defendants.     :

ABDULKADR ABDULKHALIK DAD, :

                       :

            Plaintiff,        :

                       :

           v.            :       Civil Action No. 05-2083 (JDB)

                       :

GEORGE W. BUSH, *et al.*,       :

                       :

           Defendants.     :

ABU MUHAMMED,           :

                       :

            Plaintiff,        :

                       :

           v.            :       Civil Action No. 05-2087 (RMC)

                       :

GEORGE W. BUSH, *et al.*,       :

                       :

           Defendants.     :

KHALED ADB ELGABAR       :

MOHAMMED OTHMAN,       :

                       :

            Plaintiff,        :

                       :

           v.            :       Civil Action No. 05-2088 (RWR)

                       :

GEORGE W. BUSH, *et al.*,       :

                       :

           Defendants.     :

**ISSAM HAMID ALI BIN ALI**          :
**ALJAYFI**, *et al.*,               :
                                     :
        **Plaintiffs,**     :
                                     :
      **v.**                      :          **Civil Action No. 05-2104 (CKK)\**
                                     :
**GEORGE W. BUSH**, *et al.*,        :
                                     :
        **Defendants.**     :
                                     :

## <u>ORDER</u>

     Whereas the Calendar and Case Management Committee of the United States District Court for the District of Columbia recognizes the need to promote the orderly and efficient case management of all habeas petitions that are presently pending or will be filed in this Court relating to the rights of detainees held at the United States Naval Base at Guantanamo Base, Cuba, as well as avoid unnecessary duplication of effort, and in the interests of resolving logistical problems as quickly and satisfactorily as possible, the following case management plan is implemented pursuant to the Committee's authority under LCvR 40.5(e):

     1.     Effective as of the date of this Order, all Motions pertaining to interpretation or construction of any protective order which has been entered in any of the above-cited cases, shall be referred to Magistrate Judge Alan Kay pursuant to LCvR 72.2(a).

2.     Effective as of the date of this Order, all disputes pertaining to logistical issues, such as communications with or visits to clients and counsel, shall be referred to Magistrate Judge Kay to facilitate discussion and resolution by the parties as promptly as possible.


/s/
Gladys Kessler, Chair
Calendar and Case Management Committee

November 2, 2005