IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULSALAM ALI ABDULRAHMAN AL-HELA, *et al.*, <br><br> Petitioners, <br><br> v. <br><br> GEORGE W. BUSH, <br> President of the United States, *et al.*, <br><br> Respondents. | Civil Action No. 05-CV-1048 (RMU) |
| ALI SHAH MOUSOVI, *et al.*, <br><br> Petitioners, <br><br> v. <br><br> GEORGE W. BUSH, <br> President of the United States, *et al.*, <br><br> Respondents. | Civil Action No. 05-CV-1124 (RMC) |
| OMAR MOHAMMED KHALIFH, *et al.*, <br><br> Petitioners, <br><br> v. <br><br> GEORGE W. BUSH, <br> President of the United States, *et al.*, <br><br> Respondents. | Civil Action No. 05-CV-1189 (JR) |

|  |  |  |
|---|---|---|
| ABU ABDUL RAUF ZALITA, *et al.*, | ) ) ) | |
| Petitioners, | ) ) ) | |
| v. | ) ) | Civil Action No. 05-CV-1220 (RMU) |
| GEORGE W. BUSH,<br>    President of the United States,<br>    *et al.*, | ) ) ) ) ) ) | |
|     Respondents. | ) ) | |
| LABED AHMED, | ) ) ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | Civil Action No. 05-CV-1234 (EGS) |
| GEORGE W. BUSH,<br>    President of the United States,<br>    *et al.*, | ) ) ) ) ) ) | |
|     Respondents. | ) ) | |
| ABDUL BAQI, | ) ) ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | Civil Action No. 05-CV-1235 (PLF) |
| GEORGE W. BUSH,<br>    President of the United States,<br>    *et al.*, | ) ) ) ) ) ) | |
|     Respondents. | ) ) | |

| | |
|---|---|
| AMINULLAH, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 05-CV-1237 (ESH) |
| ) | |
| GEORGE W. BUSH, ) | |
| President of the United States, ) | |
| *et al.*, ) | |
| ) | |
| Respondents. ) | |
| ) | |
| HAJI GHALIB, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 05-CV-1238 (CKK) |
| ) | |
| GEORGE W. BUSH, ) | |
| President of the United States, ) | |
| *et al.*, ) | |
| ) | |
| Respondents. ) | |
| ) | |
| ALI ADEL MOTALEB AWEID ) | |
| AL KHAIY, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 05-CV-1239 (RJL) |
| ) | |
| GEORGE W. BUSH, ) | |
| President of the United States, ) | |
| *et al.*, ) | |
| ) | |
| Respondents. ) | |

|  |  |  |
|---|---|---|
| ABDUL HAKIM ABDUL KARIM AMIN BUKHARI, | ) ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-1241 (RMC) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) | |
| AHSANULLAH PIRZAI, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-1242 (RCL) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) | |
| IHSAN ULLAH PEERZAI, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-1243 (RCL) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) | |

| | | |
|---|---|---|
| TARIQ MAHMOUD ALSAWAM, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-1244 (CKK) |
| GEORGE W. BUSH,<br>President of the United States,<br>*et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) | |
| ABDUL MAJID MOHAMMADI, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-1246 (RWR) |
| GEORGE W. BUSH,<br>President of the United States,<br>*et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) | |
| ABDULRAHIM ABDUL RAZAK<br>    AL GINCO, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-1310 (RJL) |
| GEORGE W. BUSH,<br>President of the United States,<br>*et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) | |

| | | |
|---|---|---|
| EHSAN ULLAH, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | Civil Action No. 05-CV-1311 (RCL) |
| GEORGE W. BUSH,<br>   President of the United States,<br>   *et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) | |
| GHALEB NASSAR AL BIHANI, | ) ) ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | Civil Action No. 05-CV-1312 (RJL) |
| GEORGE W. BUSH,<br>   President of the United States,<br>   *et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) | |
| FARHI SAEED BIN MOHAMMED, *et al.*, | ) ) | |
| Petitioners, | ) ) ) | |
| v. | ) ) | Civil Action No. 05-CV-1347 (GK) |
| GEORGE W. BUSH,<br>   President of the United States,<br>   *et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) | |

|  |  |  |
|---|---|---|
| MOTAI SAIB, *et al.*, | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-1353 (RMC) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) | |
| SAEED MOHAMMED SALEH HATIM, *et al.*, | ) ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-1429 (RMU) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) | |
| NASSER MAZYAD ABDULLAH AL-SUBAIY, *et al.*, | ) ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-1453 (RMU) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) | |

- 7 -

| | |
|---|---|
| JIHAD DHIAB, *et al.*, | ) <br> ) |
| Petitioners, | ) <br> ) |
| v. | )     Civil Action No. 05-CV-1457 (GK) <br> ) |
| GEORGE W. BUSH, <br>     President of the United States, <br>     *et al.*, | ) <br> ) <br> ) <br> ) |
| Respondents. | ) <br> ) |
| JAWAD JABBER SADKHAN, | ) <br> ) |
| Petitioner, | ) <br> ) |
| v. | )     Civil Action No. 05-CV-1487 (RMC) <br> ) |
| GEORGE W. BUSH, <br>     President of the United States, <br>     *et al.*, | ) <br> ) <br> ) <br> ) |
| Respondents. | ) <br> ) |
| FAIZULLAH, | ) <br> ) |
| Petitioner, | ) <br> ) |
| v. | )     Civil Action No. 05-CV-1489 (RMU) <br> ) |
| GEORGE W. BUSH, <br>     President of the United States, <br>     *et al.*, | ) <br> ) <br> ) <br> ) |
| Respondents. | ) <br> ) |

|  |  |  |
|---|---|---|
| ABDUL HADI OMER HAMOUD FARAJ, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-1490 (PLF) |
| GEORGE W. BUSH,<br>    President of the United States,<br>    *et al.,* | ) ) ) ) ) | |
| Respondents. | ) ) | |
| SAWAT KHAN, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-1491 (JR) |
| GEORGE W. BUSH,<br>    President of the United States,<br>    *et al.,* | ) ) ) ) ) | |
| Respondents. | ) ) | |
| ABDUL AHMAD, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-1492 (RCL) |
| GEORGE W. BUSH,<br>    President of the United States,<br>    *et al.,* | ) ) ) ) ) | |
| Respondents. | ) ) | |

| | | |
|---|---|---|
| MOHAMMED AMON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-CV-1493 (RBW) |
| | ) | |
| GEORGE W. BUSH, | ) | |
| President of the United States, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |
| JAMAL KIYEMBA, *et al.*, | ) | |
| | ) | |
| Petitioners, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-CV-1509 (RMU) |
| | ) | |
| GEORGE W. BUSH, | ) | |
| President of the United States, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |
| IBRAHIM OSMAN IBRAHIM IDRIS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action Nos.  05-CV-1555 (JR) |
| | ) |                  05-CV-1725 (JR) |
| GEORGE W. BUSH, | ) | (consolidated) |
| President of the United States, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

**ATTORNEY APPEARANCE**

      Undersigned counsel, Terry M. Henry, hereby enters his appearance as one of the counsel for respondents in the above-captioned cases.

Dated: November 23, 2005          Respectfully submitted,

                                        PETER D. KEISLER
                                        Assistant Attorney General

                                        KENNETH L. WAINSTEIN
                                        United States Attorney

                                        DOUGLAS N. LETTER
                                        Terrorism Litigation Counsel

                                          /s/ Terry M. Henry
                                        JOSEPH H. HUNT (D.C. Bar No. 431134)
                                        VINCENT M. GARVEY (D.C. Bar No. 127191)
                                        TERRY M. HENRY
                                        JAMES J. SCHWARTZ
                                        PREEYA M. NORONHA
                                        ROBERT J. KATERBERG
                                        NICHOLAS J. PATTERSON
                                        ANDREW I. WARDEN
                                        EDWARD H. WHITE
                                        Attorneys
                                        United States Department of Justice
                                        Civil Division, Federal Programs Branch
                                        20 Massachusetts Ave., N.W.  Room 7144
                                        Washington, DC  20530
                                        Tel:  (202) 514-4107
                                        Fax:  (202) 616-8470

                                        Attorneys for Respondents