# EXHIBIT 2

**Warden, Andrew (CIV)**

| | |
|---|---|
| **From:** | Warden, Andrew (CIV) |
| **Sent:** | Thursday, July 07, 2005 5:12 PM |
| **To:** | afryszman@cmht.com; Anant.Raut@weil.com; azmybahe@shu.edu; bridgetm@umich.edu; buz.e@verizon.net; cebruce@venable.com; CHEMERINSKY@law.duke.edu; clivess@mac.com; Colangelo.Bryan.Joshua@dorsey.com; david.hickerson@weil.com; Desmond McCallum; doug@kmhlaw.com; Edward Shaw; GGutierrez@gibbonslaw.com; Greg.Smith@sablaw.com; gthunt@mdo.net; gwoodward@schnader.com; HJManchel@aol.com; James R. Alsup ; jdenbeaux@denbeauxlaw.com; JHafetz@gibbonslaw.com; JKitchel@SCHWABE.com; jlundquist@fredlaw.com; jmarguli@law.uchicago.edu; jminock@ic.net; jtarver@paulweiss.com; Louis Marjon; mahmad@wcl.american.edu; marjoriemsmith@verizon.net; meazell@bmelaw.com; mfalkoff@cov.com; mfogler@mcdadefogler.com; michael.smith@dechert.com; Mickum@khlaw.com; neil.koslowe@shearman.com; Peter Ryan; reddleman@starpower.net; Rob.Kirsch@wilmerhale.com; rrachlin@drm.com; rufus@margol-pennington.com; sarah.havens@newyork.allenovery.com; skauffman@gsblaw.com; stephmac@earthlink.net; susan.manning@bingham.com; sylvia_royce@hotmail.com; TRJohnson@perkinscoie.com; wesley.powell@cliffordchance.com; William Brennan (E-mail); wmurphy@murphyshaffer.com |
| **Subject:** | GTMO--Detainee's Name & ISN |

Dear Counsel:

After further consultation on the subject, the Department of Defense has determined for
the purposes of this habeas litigation only that the pairing of a detainee's name and the
3, 4, or 5-digit ISN for the detainee is no longer classified or subject to treatment as
protected information under the applicable protective orders.  To be clear, however, this
determination does not affect, and should not be construed as affecting, the
classification or protected status of the name and/or ISN where that information is used
in an otherwise classified or protected context; if a detainee's name and/or ISN appears
in a context that is otherwise classified or protected, then the name and/or ISN should be
treated as classified or protected pursuant to the applicable protective order.  For
example, if a classified or protected source is identified by name and/or ISN, or if a
classified or protected fact includes a detainee's name and/or ISN, the information
remains classified or protected and should be treated as classified or protected pursuant
to the applicable protective order.

Please contact me if you have any questions.

Regards,

Andrew I. Warden
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW, Room 6120
Washington, DC 20530
Tel: 202.616.5084
Fax: 202.616.8460