# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULLA THANI FARIS AL-ANAZI, *et al.*, ) <br> ) <br> *Petitioners*, ) <br> ) <br> v. ) <br> ) <br> ) <br> GEORGE W. BUSH, *et al.*, ) <br> ) <br> *Respondents* ) <br> ) | Civ. No. 1:05-CV-0345 <br> (JDB) (AK) |
| ) <br> FAWZI AL ODAH, *et al.*, ) <br> ) <br> *Petitioners*, ) <br> ) <br> v. ) <br> ) <br> ) <br> GEORGE W. BUSH, *et al.*, ) <br> ) <br> *Respondents* ) <br> ) | Civ. No. 1:02-CV-0828 <br> (CKK) (AK) |
| ) <br> ABDULSALAM ALI ABDULRAHMAN <br>   AL-HELA, *et al.*, ) <br> *Petitioners*, ) <br> ) <br> v. ) <br> ) <br> ) <br> GEORGE W. BUSH, *et al.*, ) <br> ) <br> *Respondents* ) <br> ) | 05-CV-1048 (RMU) (AK) |

|  |  |  |
|---|---|---|
| **SAEED MAHAMMED SALEH HATIM,**<br>  *et al.*,<br>              *Petitioners,*<br>    v.<br>**GEORGE W. BUSH,** *et al.*,<br>              *Respondents* | ) ) ) ) ) ) ) ) ) ) ) ) ) | **05-CV-1429 (RMU) (AK)** |
| **ABDUL HADI OMER HAMOUD FARAJ,**<br>              *Petitioners,*<br>    v.<br>**GEORGE W. BUSH,** *et al.*,<br>              *Respondents* | ) ) ) ) ) ) ) ) ) ) ) ) ) | **Civ. No. 1:05CV01490**<br>**(PLF)(AK)** |
| **MOHAMMED,** *et al.*<br>              *Petitioners,*<br>    v.<br>**GEORGE W. BUSH,** *et al.*,<br>              *Respondents* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **Civ. No. 1:05CV02087**<br>**(RMC)(AK)** |

| | |
|---|---|
| **NABIL,** *et al.* )<br>)<br>*Petitioners,* )<br>)<br>v. )<br>)<br>)<br>**GEORGE W. BUSH,** *et al.,* )<br>)<br>*Respondents* )<br>) | **Civ. No. 1:05CV01504**<br>**(RMC)(AK)** |
| **AL HAWARY,** *et al.* )<br>)<br>*Petitioners,* )<br>)<br>v. )<br>)<br>)<br>**GEORGE W. BUSH,** *et al.,* )<br>)<br>*Respondents* )<br>) | **Civ. No. 1:05CV01505**<br>**(RMC)(AK)** |
| **SAIB,** *et al.* )<br>)<br>*Petitioners,* )<br>)<br>v. )<br>)<br>)<br>**GEORGE W. BUSH,** *et al.,* )<br>)<br>*Respondents* )<br>) | **Civ. No. 1:05CV01353**<br>**(RMC)(AK)** |

3

| | | |
|---|---|---|
| **SHAFIQ,** *et al.* | ) ) ) | |
| *Petitioners,* | ) ) | |
| v. | ) ) | **Civ. No. 1:05CV01506** |
| | ) ) | **(RMC)(AK)** |
| **GEORGE W. BUSH,** *et al.,* | ) ) ) | |
| *Respondents* | ) ) | |

| | | |
|---|---|---|
| **HASSAN BIN ATTASH,** *et al.* | ) ) ) | |
| *Petitioners,* | ) ) | |
| v. | ) ) | **Civ. No. 1:05CV01592** |
| | ) ) | **(RCL)(AK)** |
| **GEORGE W. BUSH,** *et al.,* | ) ) ) | |
| *Respondents* | ) ) | |

| | | |
|---|---|---|
| **ABDANNOUR SAMEUR,** *et al.* | ) ) ) | |
| *Petitioners,* | ) ) | |
| v. | ) ) | **Civ. No. 1:05CV01806** |
| | ) ) | **(CKK)(AK)** |
| **GEORGE W. BUSH,** *et al.,* | ) ) ) | |
| *Respondents* | ) ) | |

4

## NOTICE OF FILING

Petitioners in the above-captioned cases give notice that today they submitted under seal to the Court Security Officer their **Reply Brief in Support of Petitioners' Motion to Compel Privilege Team Compliance with the Amended Protective Order**. By this reply, and in light of the Special Litigation Team's failure to respond, Petitioners repeat their request that the Court order the Privilege Team to comply with the terms of the Amended Protective Order and related orders entered in these cases.

Dated:   April 6, 2006

        Respectfully submitted,

        Counsel for Petitioners:

           /s/ Anant Raut
        David R. Berz (DC 182105)
        David A. Hickerson (DC 414723)
        Anant Raut (DC 490211)
        WEIL GOTSHAL & MANGES LLP
        1300 Eye Street, NW
        Suite 900
        Washington, D.C.   20005
        Tel: (202) 682-7000
        Fax: (202) 857-0939

/s/ Kristine Huskey
Thomas B. Wilner, D.C. Bar # 173807
Neil H. Koslowe, D.C. Bar # 361792
Kristine A. Huskey, D.C. Bar #462979
Amanda E. Shafer
SHEARMAN & STERLING LLP
801 Pennsylvania Avenue, N.W.
Washington, D.C.   20004
Tel: (202) 508-8000
Fax: (202) 508-8100

/s/ David H. Remes
David H. Remes, D.C. Bar # 370782
COVINGTON & BURLING
1201 Pennsylvania Avenue, N.W.
Suite 803E
Washington, D.C.   20004
Tel: (202) 662-5212
Fax: (202) 662-6291

Marc Falkoff, D.C. Bar # 491149
COVINGTON & BURLING
1330 Avenue of the Americas
New York, NY 10019
Tel: (212) 841-1166
Fax: (646) 441-9166

/s/ Anne J. Castle
Anne J. Castele, CO #11202
Scott S. Barker, CO #11177
J. Triplett Mackintosh, CO #22359
William E. Murane, CO #2676
Douglas L. Abbott, CO #18683
Hamid M. Khan, CO #34139
Danielle R. Voorhees, CO #35929
Valerie L. Simmons, CO #30218
Barry C. Bartel, CO #23040
Jonathan S. Bender, CO #33979
Nicole P. Livolsi, CO #36267
HOLLAND & HART LLP
555 Seventeenth Street
Suite 3200
Denver, CO   80202
Tel: (303) 295-8000
Fax: (303) 295-8261

/s/ Randall T. Coyne
Randall T. Coyne
University of Oklahoma College of Law
Andrew Coats Hall
300 Timberdell Road
Norman, OK   73019
Tel: (405) 325-4646
Fax: (405) 325-0389

Thomas R. Brett
Craig Hoster
Larry D. Ottaway
CROWE & DUNLEVY
500 Kennedy Building
321 South Boston Avenue
Tulsa, OK   74103
Tel: (918) 592-9830
Fax: (918) 599-6311

Terry W. West
THE WEST LAW FIRM
P.O. Box 698
Shawnee, OK   74802
Tel: (405) 275-0040
Fax: (405) 275-0052

Of Counsel
Barbara J. Olshansky ( N.Y State Bar #3635)
CENTER FOR CONSTITUTIONAL
    RIGHTS
666 Broadway
New York, NY   10012
Tel: (212) 614-6439