IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MAHMOUD ABDAH, *et al.*, | ) | |
| Petitioners, | ) | |
| v. | ) | 04-CV-1254 (HHK) (AK) |
| GEORGE W. BUSH, *et al.*, | ) | |
| Respondents | ) | |
| ABDULSALAM ALI ABDULRAHMAN AL-HELA, *et al.*, | ) | |
| Petitioners, | ) | |
| v. | ) | 05-CV-1048 (RMU) (AK) |
| GEORGE W. BUSH, *et al.*, | ) | |
| Respondents | ) | |
| SAEED MOHAMMED SALEH HATIM, *et al.*, | ) | |
| Petitioners, | ) | |
| v. | ) | 05-CV-1429 (RMU) (AK) |
| GEORGE W. BUSH, *et al.*, | ) | |
| Respondents | ) | |

|  |  |
|---|---|
| **HASSAN BIN ATTASH,** *et al.*, )<br>) | |
| Petitioners, )<br>) | |
| v. ) | 05-CV-1592 (RCL) (AK) |
| ) | |
| **GEORGE W. BUSH,** *et al.*, )<br>) | |
| Respondents ) )| |

### NOTICE OF CHANGE OF ADDRESS OF MARC D. FALKOFF

This notice is to inform the Court that the undersigned, Marc D. Falkoff, is no longer associated with Covington & Burling.  Mr. Falkoff's new contact information is:

    Marc D. Falkoff
    Assistant Professor of Law
    Northern Illinois University
    College of Law
    Swen Parson Hall
    DeKalb, Illinois 60115
    Tel:  347-564-5043
    Fax:  202-778-5212
    E-mail:  mdf19@columbia.edu

Mr. Falkoff remains co-counsel with Covington & Burling in the above-captioned cases.

Dated:  New York, New York
       May 2, 2006

                                  Respectfully submitted,

                                  /s/
                                Marc D. Falkoff, D.C. Bar No. 491149
                                Assistant Professor of Law
                                Northern Illinois University
                                College of Law
                                Swen Parson Hall
                                DeKalb, Illinois 60115
                                Tel:  347-564-5043
                                Fax:  202-778-5212
                                E-mail:  mdf19@columbia.edu