IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **ABDULSALAM ALI ABDULRAHMAN AL-HELA**, *et al.*, )<br><br>*Petitioners*, )<br><br>v. )<br><br>**GEORGE W. BUSH, President of the United States**, *et al.*, )<br><br>*Respondents*. ) | Civil Action No. 05-1048 (RMU) |

## NOTICE AND SUMMARY OF FILING

As required by the Amended Protective Order in this matter, undersigned counsel hereby gives notice that on July 18, 2006, a copy of Petitioners' Opposition to the Government's Motion to Examine Privileged Communications Seized Without Notice or Approval and Motion to Show Cause Why Respondents Should Not Be Held in Contempt was delivered to the Court Security Officer for clearance for public filing.

The Opposition explains why the Court should not countenance the Government's actions in seizing attorney-client materials without notice to counsel and approval of the Court, in direct violation of the Protective Order entered in these cases. The Opposition also asks for an order requiring the Government to show cause why it should not be sanctioned for this conduct.

The Opposition will be filed via the Electronic Case Filing system when it has been cleared by the Court Security Office.

2

Dated:    July 18, 2006
        Washington, DC

Respectfully submitted,

/s/ Marc D. Falkoff
Marc D. Falkoff, *pro hac vice*
DC Bar No. 491149
College of Law
Northern Illinois University
2166 Broadway #12A
New York, NY 10024
(347) 564-5043 (tel)
(917) 441-0904 (fax)

David H. Remes
D.C. Bar No. 370782
COVINGTON & BURLING
1201 Pennsylvania Avenue, N.W.
Washington, DC 20004-2401
Tel: (202) 662-5212
Fax: (202) 778-5212