IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ABDULSALAM ALI ABDULRAHMAN AL-HELA**, *et al.*, <br><br> *Petitioners*, <br><br> v. <br><br> **GEORGE W. BUSH, President of the United States**, *et al.*, <br><br> *Respondents*. | Civil Action No. 05-1048 (RMU) |

## NOTICE AND SUMMARY OF FILING

As required by the Amended Protective Order in this matter, undersigned counsel hereby gives notice that on July 19, 2006, a copy of the Supplemental Memorandum in Support of Petitioners' Opposition to the Government's Motion to Examine Privileged Communications Seized Without Notice or Approval and Motion to Show Cause Why Respondents Should Not Be Held in Contempt was delivered to the Court Security Officer for clearance for public filing.

The Supplemental Memorandum provides additional detail in support of Petitioner's opposition to the government's motion and in support of Petitioner's motion to show cause.

The Supplemental Memorandum will be filed via the Electronic Case Filing system when it has been cleared by the Court Security Office.

2

Dated:   July 19, 2006
         Washington, DC

                                                           Respectfully submitted,

                                                           /s/ Marc D. Falkoff
                                                           Marc D. Falkoff, *pro hac vice*
                                                           DC Bar No. 491149
                                                           College of Law
                                                           Northern Illinois University
                                                           2166 Broadway #12A
                                                           New York, NY 10024
                                                           (347) 564-5043 (tel)
                                                           (917) 441-0904 (fax)

                                                           David H. Remes
                                                           D.C. Bar No. 370782
                                                           COVINGTON & BURLING
                                                           1201 Pennsylvania Avenue, N.W.
                                                           Washington, DC 20004-2401
                                                           Tel: (202) 662-5212
                                                           Fax: (202) 778-5212