# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **ABDULSALAM ALI ABDULRAHMAN AL-HELA**, *et al.*, )<br><br>*Petitioners*,<br><br>v.<br><br>**GEORGE W. BUSH, President of the United States**, *et al.*,<br><br>*Respondents*. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-1048 (RMU)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## [PROPOSED] ORDER

Having considered Respondents' motion to to examine privileged communications (Doc. 57) and Petitioners' motion to show cause (Doc. 62), and the briefing and arguments thereon, it is hereby –

ORDERED, that the Government's motion is DENIED and Petitioners' motion is GRANTED; and it is further

ORDERED, that Respondents shall show cause by July 31, 2006 why they should not be held in contempt and sanctioned for seizing and reviewing Petitioners' legal papers without notice to and approval by the Court and without notice to counsel, and for failing to report its actions to the Court and counsel until nearly a month after the fact; and it is further

ORDERED, that in answering the Order to Show Cause, Respondents shall describe in detail all communications between any agency of the Department of Defense and any agency of the Department of Justice regarding the seizure and review of Petitioners' legal papers; and it is further

ORDERED, that Respondents shall deliver all of Petitioners' legal papers to counsel not later than July 21, 2006; destroy, and certifiy that it has destroyed, all copies, summaries, descriptions, or analyses of such papers; and neither seize nor review any other legal papers of Petitioners; and it is further

ORDERED, that the Government provide information, under oath by a person with actual knowledge, giving the particulars of what has been done with the privileged materials (including who has read them, what analysis has been made, etc.) so that counsel and the Court can assess the need for further measures.

_____
United States District Judge