CLEARED FOR PUBLIC FILING

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ABDULSALAM ALI ABDULRAHMAN AL-HELA**, *et al.*,<br><br>*Petitioners*,<br><br>v.<br><br>**GEORGE W. BUSH, President of the United States**, *et al.*,<br><br>*Respondents.* | Civil Action No. 05-1048 (RMU) |

**SUPPLEMENTAL MEMORANDUM IN SUPPORT OF PETITIONERS'
OPPOSITION TO GOVERNMENT'S MOTION TO EXAMINE PRIVILEGED
COMMUNICATIONS AND PETITIONERS' MOTION TO SHOW CAUSE**

The government claims that it seized the prisoners' legal papers in response to the prisoner deaths that it reported occurred on June 10, 2006. Petitioners' motion adverts to other instances in which the government has seized prisoners' legal papers in making the point that the government's purported "investigation" of the three prisoner deaths is pretextual. The attached declaration of Anant Raut illustrates one such instance. The government also claims that the discovery among the legal papers of a prisoner marked "secret" supported its decision to ransack all legal papers of all prisoners. The attached declaration of Baher Azmy illustrates that this excuse is also without merit.

The Raut declaration describes a letter from a client dated May 31, 2006, before the reported prisoner deaths occurred, reporting that the government had taken away his correspondence and legal material. (Raut Decl. ¶ 6.) The detainee also reported that on May 17, 2006, the government had given him only 20 minutes to read a letter from his attorney before taking it away. (*Id.* ¶ 7.) The Azmy declaration describes the government's practice of redacting and de-

classifying documents stamped "secret" without removing or crossing out the "secret" stamp. As Petitioners noted in their motion, it is apparently common practice to cross out the word "secret" when declassifying documents.[1]

Dated: Washington, DC
       July 19, 2006

                                        Respectfully submitted,

                                        /s/ Marc D. Falkoff
                                        Marc D. Falkoff, *pro hac vice*
                                        DC Bar No. 491149
                                        College of Law
                                        Northern Illinois University
                                        2166 Broadway #12A
                                        New York, NY 10024
                                        (347) 564-5043 (tel)
                                        (917) 441-0904 (fax)

                                        David H. Remes
                                        DC Bar No. 370782
                                        Covington & Burling
                                        1201 Pennsylvania Ave. NW
                                        Washington, DC 20004
                                        (202) 662-5212 (tel)
                                        (202) 778-5212 (fax)

---

[1] *See also* Peter Carlson, *Raiding the Icebox*, Washington Post, Dec. 30, 2005, available at http://www.washingtonpost.com/wp-dyn/content/article/2005/12/29/AR2005122901412.html (reporting that a U.S. plan for war with Canada "was declassified in 1974 and the word 'SECRET' crossed out with a heavy pencil").

## CERTIFICATE OF SERVICE

    I hereby certify that on July 19th, 2006, I served the foregoing on the counsel listed below by causing an original and two copies to be filed with the Court Security Officer.

Joseph H. Hunt
Vincent M. Garvey
Terry M. Henry
James J. Schwartz
Preeya M. Noronha
Robert J. Katerberg
Nicholas J. Patterson
Andrew I. Warden
Edward H. White
Marc A. Perez
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC 20530
Tel: (202) 514-4107
Fax: (202) 616-8470
*Attorneys for Respondents*


                /s/ Marc D. Falkoff
                Marc D. Falkoff