DOJ cleared for public filing 4/19/07

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ABDULSALAM ALI ABDULRAHMAN AL HELA**, *et al.*, <br><br> *Petitioners*, <br><br> *v.* <br><br> **GEORGE W. BUSH**, *et al.*, <br><br> *Respondents*. | Civ. No. 05-01048 (RMU) |
| **SAEED MOHAMMED SALEH HATIM**, *et al.*, <br><br> *Petitioners*, <br><br> *v.* <br><br> **GEORGE W. BUSH**, *et al.*, <br><br> *Respondents*. | Civ. No. 05-01429 (RMU) |
| **HASSAN BIN ATTASH**, *et al.*, <br><br> *Petitioners*, <br><br> *v.* <br><br> **GEORGE W. BUSH**, *et al.*, <br><br> *Respondents*. | Civ. No. 05-01592 (RCL) |

**NOTICE OF FILING AND LODGING**

In connection with the motion to dismiss filed by Respondents this afternoon in these and other habeas actions brought by Guantánamo detainees, Petitioners respectfully

submit for the Court's information and consideration (1) a pending motion to the D.C. Circuit filed by the petitioners in *Al Odah v. United States* to stay the mandate in *Boumediene v. Bush*, 476 F.2d 981 (D.C. Cir. 2007) (Ex. A); (2) the *Al Odah* petitoners' pending motion to the D.C. Circuit to govern *Boumediene* (Ex. B); and (3) an emergency application that the *Al Odah* petitioners have lodged with the Supreme Court (Ex. C) for filing if the D.C. Circuit denies the relief that the *Al Odah* petitioners have requested.

In due course, Petitioners will file an opposition to Respondents' motion to dismiss, based in part on the pendency of the *Al Odah* motions and possible Supreme Court application.

                                                    Respectfully submitted,

                                                    /s/ David H. Remes  
                                                    David H. Remes  
                                                    D.C. Bar No. 370782  
                                                    COVINGTON & BURLING LLP  
                                                    1201 Pennsylvania Ave., N.W.  
                                                    Washington, DC 20004-2401  
                                                    (202) 662-5212 (tel)  
                                                    (202) 778-5212 (fax)

                                                    Marc D. Falkoff, *pro hac vice*  
                                                    D.C. Bar. No. 491149  
                                                    NORTHERN ILLINOIS UNIVERSITY  
                                                    COLLEGE OF LAW  
                                                    DeKalb, IL 60614  
                                                    (347) 564-5043 (tel)

                                                    Counsel for Petitioners

April 19, 2007  
Washington, DC

## CERTIFICATE OF SERVICE

    I hereby certify that on April 19, 2007, I served the foregoing on the counsel listed below by electronically filing this document with the Court's CM/ECF system:

Peter D. Keisler
Douglas N. Letter
Joseph H. Hunt
Vincent M. Garvey
Judry L. Subar
Terry M. Henry
James J. Schwartz
Edward H. White
Robert J. Katerberg
Andrew I. Warden
Nicholas J. Patterson
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC 20530
Tel: (202) 514-4107
Fax: (202) 616-8470

*Attorneys for Respondents*

                /s/ David H. Remes
                David H. Remes