**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ABDULSALAM ALI ABDULRAHMAN AL HELA**, *et al.*, <br><br> *Petitioners*, <br><br> *v.* <br><br> **GEORGE W. BUSH**, *et al.*, <br><br> *Respondents*. | Civ. No. 05-01048 (RMU) |
| **SAEED MOHAMMED SALEH HATIM**, *et al.*, <br><br> *Petitioners*, <br><br> *v.* <br><br> **GEORGE W. BUSH**, *et al.*, <br><br> *Respondents*. | Civ. No. 05-01429 (RMU) |
| **HASSAN BIN ATTASH**, *et al.*, <br><br> *Petitioners*, <br><br> *v.* <br><br> **GEORGE W. BUSH**, *et al.*, <br><br> *Respondents*. | Civ. No. 05-01592 (RCL) |

**NOTICE AND SUMMARY OF FILING**

As required by the Amended Protective Order, undersigned counsel hereby gives

notice that on April 30, 2007 at 3:43 p.m. a copy of Petitioners' Reply in Response to Pe-

titioners' Opposition to Motion to Stay and Abey was delivered to the Court Security Officer for clearance for public filing.

The Reply states that consideration of Petitioners' Motion to Stay and Abey is premature pending the issuance of the mandate in *Al Odah v. United States*, No. 05-0564 (D.C. Cir.), and further guidance from the D.C. Circuit and the Supreme Court on the various motions and petitions pending before them.

The Reply will be filed via the Electronic Case Filing system when it has been cleared by the Court Security Office.

                    Respectfully submitted,

                    /s/ David H. Remes
                    David H. Remes
                    D.C. Bar No. 370782
                    COVINGTON & BURLING LLP
                    1201 Pennsylvania Ave., N.W.
                    Washington, DC 20004-2401
                    (202) 662-5212 (tel)
                    (202) 778-5212 (fax)

                    Marc D. Falkoff
                    D.C. Bar No. 491149
                    NORTHERN ILLINOIS UNIVERSITY
                    COLLEGE OF LAW
                    DeKalb, IL 60614
                    (347) 564-5043 (tel)

                    Counsel for Petitioners

April 30, 2007
Washington, DC

2