Filed with Court Security Officer 4/30/07
Cleared for public filing by DOJ 5/1/07

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ABDULSALAM ALI ABDULRAHMAN AL HELA**, *et al.*, <br><br> *Petitioners*, <br><br> *v.* <br><br> **GEORGE W. BUSH**, *et al.*, <br><br> *Respondents*. | Civ. No. 05-01048 (RMU) |
| **SAEED MOHAMMED SALEH HATIM**, *et al.*, <br><br> *Petitioners*, <br><br> *v.* <br><br> **GEORGE W. BUSH**, *et al.*, <br><br> *Respondents*. | Civ. No. 05-01429 (RMU) |
| **HASSAN BIN ATTASH**, *et al.*, <br><br> *Petitioners*, <br><br> *v.* <br><br> **GEORGE W. BUSH**, *et al.*, <br><br> *Respondents*. | Civ. No. 05-01592 (RCL) |

**PETITIONERS' REPLY TO RESPONDENTS'
OPPOSITION TO MOTION TO STAY AND ABEY**

The Court should defer consideration of the motion until the D.C. Circuit and the

Supreme Court determine how these actions should be handled in light of the Supreme

Court's denial of certiorari in *Boumediene v. Bush* and *Al Odah v. United States*, 127 S. Ct. 1478 (2007). On April 27, 2007, the *Al Odah* and *Boumediene* petitioners filed petitions in the Supreme Court seeking rehearing of the Court's order denying review and to defer consideration of the petitions pending those petitioners' exhaustion of remedies under the Detainee Treatment Act of 2005.[1]

Following the Supreme Court's denial of certiorari on April 2, 2007, petitioners in *Al Odah v. United States*, No. 05-0564, filed motions in the D.C. Circuit to stay the mandate and to govern the appeal. Likewise, petitioners in *Abdah v. Bush*, No. 05-5127, and *Abdah v. Bush*, No. 05-5224, filed motions in the D.C. Circuit to continue to hold those appeals in abeyance, to govern those appeals, and to direct this Court not to dismiss these actions and to reinstate those already dismissed.[2] The government has filed oppositions to the motions in *Al Odah*; its responses to the petitioners' motions in the *Abdah* appeals were due today, April 30, 2007. The D.C. Circuit has not yet acted on the petitioners' motions.

---

[1]    In *Boumediene*, Judge Leon granted the government's motion to dismiss the Guantánamo cases before him; the D.C. Circuit affirmed. In *Al Odah*, Judge Joyce Hens Green denied in part the government's motion to dismiss the Guantánamo cases before her, the D.C. Circuit reversed. *See Boumediene v. Bush*, 476 F.3d 981 (D.C. Cir. 2007).

[2]    In *Abdah*, No. 05-5127, the government appealed this Court's order requiring the government to provide Petitioners' counsel with unredacted records of their clients' Combatant Status Review Tribunal proceedings. In *Abdah*, No. 05-5224, the government appealed this Court's order requiring the government to provide Petitioners' counsel with advance notice of contemplated transfer of their clients from Guantánamo. The D.C. Circuit held both *Abdah* appeals in abeyance pending disposition of the *Al Odah* appeal. The D.C. Circuit has consolidated appeals in the above-captioned *Al-Hela* and *Hatim* cases (*Al-Hela v. Bush*, No. 05-5230 (D.C. Cir. filed Jun. 16, 2005), and *Hatim v. Bush*, No. 05-5398 (D.C. Cir. filed Oct. 26, 2005)) with the appeal in *Abdah*, No. 05-5224.

The disposition of these motions and petitions by the D.C. Circuit and the Supreme Court will clarify how this Court is to handle these actions. Until those courts provide such clarification, consideration of the motion would be premature in any event.

## CONCLUSION

For the foregoing reasons, the Court should defer consideration of Petitioners' motion to stay and abey pending the issuance of the mandate and further guidance from the D.C. Circuit and the Supreme Court.

    Respectfully submitted,

    /s/ David H. Remes
    David H. Remes
    D.C. Bar No. 370782
    COVINGTON & BURLING LLP
    1201 Pennsylvania Ave., N.W.
    Washington, DC 20004-2401
    (202) 662-5212 (tel)
    (202) 778-5212 (fax)

    Marc D. Falkoff
    D.C. Bar No. 491149
    NORTHERN ILLINOIS UNIVERSITY
    COLLEGE OF LAW
    DeKalb, IL 60614
    (347) 564-5043 (tel)

    Counsel for Petitioners

April 30, 2007
Washington, DC