IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ABDULSALAM ALI ABDULRAHMAN AL HELA**, *et al.*,<br><br>*Petitioners*,<br><br>v.<br><br>**GEORGE W. BUSH**, *et al.*,<br><br>*Respondents*. | **Civ. No. 05-01048 (RMU)** |
| **SAEED MOHAMMED SALEH HATIM**, *et al.*,<br><br>*Petitioners*,<br><br>v.<br><br>**GEORGE W. BUSH**, *et al.*,<br><br>*Respondents*. | **Civ. No. 05-01429 (RMU)** |
| **HASSAN BIN ATTASH**, *et al.*,<br><br>*Petitioners*,<br><br>v.<br><br>**GEORGE W. BUSH**, *et al.*,<br><br>*Respondents*. | **Civ. No. 05-01592 (RCL)** |

## NOTICE AND SUMMARY OF FILING

As required by the Protective Order in this matter, undersigned counsel hereby gives notice that on June 25, 2007 at 2:30 p.m., a copy of Petitioners' Notice of Recent Activity in Guantánamo Cases was delivered to the Court Security Officer for clearance for public filing.

The notice describes a recent D.C. Circuit order that makes clear that this Court has jurisdiction to grant Petitioners' motion to stay and hold their actions in abeyance. The notice also describes recent events in the Supreme Court and D.C. Circuit that provide additional support for granting Petitioners' motion.

The Notice will be filed via the Electronic Case Filing system when it has been cleared by the Court Security Office.

    Respectfully submitted,

/s/ David H. Remes
David H. Remes
D.C. Bar No. 370782
COVINGTON & BURLING LLP
1201 Pennsylvania Ave., N.W.
Washington, DC 20004-2401
(202) 662-6000

Marc D. Falkoff
D.C. Bar. No. 491149
NORTHERN ILLINOIS UNIVERSITY
COLLEGE OF LAW
DeKalb, IL 60614
(347) 564-5043 (tel)

Counsel for Petitioners

June 25, 2007
Washington, DC