Filed with Court Security Officer 7/2/07
DOJ cleared for public filing 7/3/07

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

———————————————————

| | |
|---|---|
| **ABDULSALAM ALI ABDULRAHMAN AL HELA**, *et al.*, )<br><br>*Petitioners*, )<br><br>*v.* )<br><br>**GEORGE W. BUSH**, *et al.*, )<br><br>*Respondents.* ) | **Civ. No. 05-01048 (RMU)** |

———————————————————

**ABDULSALAM ALI**
**ABDULRAHMAN AL HELA**, *et al.*,

    *Petitioners*,

    *v.*

**GEORGE W. BUSH**, *et al.*,

    *Respondents.*

**Civ. No. 05-01048 (RMU)**

———————————————————

**SAEED MOHAMMED SALEH**
**HATIM**, *et al.*,

    *Petitioners*,

    *v.*

**GEORGE W. BUSH**, *et al.*,

    *Respondents.*

**Civ. No. 05-01429 (RMU)**

———————————————————

**HASSAN BIN ATTASH**, *et al.*,

    *Petitioners*,

    *v.*

**GEORGE W. BUSH**, *et al.*,

    *Respondents.*

**Civ. No. 05-01592 (RCL)**

———————————————————

## FURTHER NOTICE OF ACTIVITY IN GUANTÁNAMO CASES

Petitioners respectfully submit this further notice of activity in Guantánamo cases. This recent activity underscores the appropriateness of granting petitioners' pending stay-and-abey motions and denying the government's pending motions to dismiss. As petitioners discussed in

their previous notice of recent activity, that disposition of the motions is permitted by the Court of Appeals' order of June 7, 2007 in *Al Ginco*.

On June 29, 2007, the Supreme Court granted the petitions for certiorari in *Boumediene v. Bush*, 476 F.3d 981 (D.C. Cir. 2007). The possibility that the Supreme Court will reverse the Court of Appeals' decision and permit petitioners to pursue their habeas actions militates in favor of staying these actions at least until the Supreme Court decides *Boumediene*. Presumably because it granted certiorari in *Boumediene*, the Supreme Court has also withheld action on the original habeas petition in *In re Ali*, S. Ct. No. 06-1194, which also challenges the Court of Appeals' decision in *Boumediene*. Finally, petitioners in *Al Odah* and *Paracha* have asked the Court of Appeals to recall the mandates in those cases and stay the mandates pending the Supreme Court's disposition of *Boumediene*. A copy of the motion to recall is attached.

Respectfully submitted,

/s/ David H. Remes
David H. Remes
D.C. Bar No. 370782
COVINGTON & BURLING LLP
1201 Pennsylvania Ave., N.W.
Washington, DC 20004-2401
(202) 662-6000

Marc D. Falkoff
D.C. Bar. No. 491149
NORTHERN ILLINOIS UNIVERSITY
COLLEGE OF LAW
DeKalb, IL 60614
(347) 564-5043

Counsel for Petitioners

July 2, 2007
Washington, DC