**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **MAHMOAD ABDAH**, *et al.*, <br><br> *Petitioners*, <br><br> v. <br><br> **GEORGE W. BUSH**, *et al.*, <br><br> *Respondents*. | **Civ. No. 04-01254 (HHK)** |
| **SAIFULLAH PARACHA**, *et al.*, <br><br> *Petitioners*, <br><br> v. <br><br> **GEORGE W. BUSH**, *et al.*, <br><br> *Respondents*. | **Civ. No. 04-02022 (PLF)** |
| **ABDULSALAM ALI ABDULRAHMAN AL HELA**, *et al.*, <br><br> *Petitioners*, <br><br> v. <br><br> **GEORGE W. BUSH**, *et al.*, <br><br> *Respondents*. | **Civ. No. 05-01048 (RMU)** |

(caption continued on next page)

|  |  |
|---|---|
| **SAEED MOHAMMED SALEH HATIM**, *et al.*, | ) ) ) ) |
| *Petitioners*, | ) ) |
| *v.* | ) ) **Civ. No. 05-01429 (RMU)** |
| **GEORGE W. BUSH**, *et al.*, | ) ) ) |
| *Respondents*. | ) ) ) |
| **HASSAN BIN ATTASH**, *et al.*, | ) ) ) |
| *Petitioners*, | ) ) |
| *v.* | ) ) **Civ. No. 05-01592 (RCL)** |
| **GEORGE W. BUSH**, *et al.*, | ) ) ) |
| *Respondents*. | ) ) ) |

## NOTICE AND SUMMARY OF FILING

As required by the Amended Protective Order, undersigned counsel hereby gives notice that on July 27, 2007, at 11:45 a.m. a copy of Petitioners' Further Notice of Activity in Guantánamo Cases was delivered to the Court Security Officer for clearance for public filing. The filing notifies the Court of the D.C. Circuit's recall of the mandates in *Al Odah v. United States*, Case Nos. 05-5064 *et al.* (D.C. Cir.), and *Boumediene v. Bush*, Case Nos. 05-5062 and 05-5063 (D.C. Cir.).

The Notice will be filed via the Electronic Case Filing system when it has been cleared by the Court Security Office.

Respectfully submitted,

/s/ David H. Remes
David H. Remes
D.C. Bar No. 370782
COVINGTON & BURLING LLP
1201 Pennsylvania Ave., N.W.
Washington, DC 20004-2401
(202) 662-6000

Marc D. Falkoff
D.C. Bar. No. 491149
NORTHERN ILLINOIS UNIVERSITY
COLLEGE OF LAW
DeKalb, IL 60614
(347) 564-5043

Counsel for Petitioners

July 27, 2007
Washington, DC