Filed with Court Security Officer 7/27/07
DOJ cleared for public filing 7/30/07

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MAHMOAD ABDAH**, *et al.*, | )<br>)<br>) |
| *Petitioners*, | )<br>) **Civ. No. 04-01254 (HHK)** |
| *v.* | )<br>) |
| **GEORGE W. BUSH**, *et al.*, | )<br>) |
| *Respondents*. | ) |
| **SAIFULLAH PARACHA**, *et al.*, | )<br>) |
| *Petitioners*, | )<br>) **Civ. No. 04-02022 (PLF)** |
| *v.* | )<br>) |
| **GEORGE W. BUSH**, *et al.*, | )<br>) |
| *Respondents*. | ) |
| **ABDULSALAM ALI ABDULRAHMAN AL HELA**, *et al.*, | )<br>) |
| *Petitioners*, | )<br>) **Civ. No. 05-01048 (RMU)** |
| *v.* | )<br>) |
| **GEORGE W. BUSH**, *et al.*, | )<br>) |
| *Respondents*. | ) |

(caption continued on next page)

| | |
|---|---|
| **SAEED MOHAMMED SALEH HATIM**, *et al.*,<br><br>*Petitioners*,<br><br>v.<br><br>**GEORGE W. BUSH**, *et al.*,<br><br>*Respondents*. | **Civ. No. 05-01429 (RMU)** |
| **HASSAN BIN ATTASH**, *et al.*,<br><br>*Petitioners*,<br><br>v.<br><br>**GEORGE W. BUSH**, *et al.*,<br><br>*Respondents*. | **Civ. No. 05-01592 (RCL)** |

### FURTHER NOTICE OF ACTIVITY IN GUANTÁNAMO CASES

Petitioners in the above-captioned cases respectfully submit this further notice of activity in the Guantánamo cases. On July 26, 2007, the D.C. Circuit recalled the mandates in *Al Odah v. United States*, Case Nos. 05-5064 *et al.* (D.C. Cir.), and *Boumediene v. Bush*, Case Nos. 05-5062 and 05-5063 (D.C. Cir.). The *Al Odah* order is attached as Exhibit 1 and the *Boumediene* order is attached as Exhibit 2. The recall of these mandates, which had ordered the dismissal of the *Al Odah* and *Boumediene* petitioners' pending habeas cases, further underscores that dismissal of Petitioners' cases is inappropriate.[1]

---

[1] Of Petitioners' cases, *Abdah*, as Case Nos. 05-5115 and 05-5116, is part of the *Al Odah* appeal in the D.C. Circuit. *Paracha* has also been appealed to the D.C. Circuit as Case Nos. 05- (continued…)

2

Respectfully submitted,

/s/ David H. Remes
David H. Remes
D.C. Bar No. 370782
COVINGTON & BURLING LLP
1201 Pennsylvania Ave., N.W.
Washington, DC 20004-2401
(202) 662-6000

Marc D. Falkoff
D.C. Bar. No. 491149
NORTHERN ILLINOIS UNIVERSITY
COLLEGE OF LAW
DeKalb, IL 60614
(347) 564-5043

Counsel for Petitioners

July 27, 2007
Washington, DC

---

5194 and 05-5333.  The D.C. Circuit denied Paracha's initial motion to recall the mandate, but Paracha again moved to recall the mandate after the Supreme Court granted certiorari in *Al Odah* and *Boumediene*.  The Circuit has not ruled on that motion.  *Al-Hela*, *Hatim*, and *Attash* have not been appealed to the D.C. Circuit.