# EXHIBIT 1

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 05-5064**  **September Term, 2006**

**02cv00299, 02cv00828
02cv01130, 04cv01135
04cv01136, 04cv01137,
04cv01144, 04cv01164
04cv01194, 04cv01227
04cv01254**

**Filed On: July 26, 2007** [1056486]

Khaled A. F. Al Odah, Next Friend of Fawzi Khalid
Abdullah Fahad Al Odah, et al.,
    Appellants

    v.

United States of America, et al.,
    Appellees

---

Consolidated with 05-5095, 05-5096, 05-5097, 05-5098,
05-5099, 05-5100, 05-5101, 05-5102, 05-5103, 05-5104,
05-5105, 05-5106, 05-5107, 05-5108, 05-5109, 05-5110,
05-5111, 05-5112, 05-5113, 05-5114, 05-5115, 05-5116

    **BEFORE**:    Sentelle,* Rogers, and Griffith, Circuit Judges

### O R D E R

Upon consideration of appellants' motion to recall the mandate and the opposition thereto, it is

**ORDERED** that the motion be granted and the mandate be recalled. The Clerk of the United States District Court for the District of Columbia is directed to return forthwith to the United States Court of Appeals for the District of Columbia Circuit the mandate issued June 27, 2007.

### Per Curiam

    **FOR THE COURT:**
    Mark J. Langer, Clerk

BY:
    Nancy G. Dunn
    Deputy Clerk

*Circuit Judge Sentelle would deny the motion.