UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| QAYED *et al.*, <br><br> Petitioners/Plaintiffs, <br><br> v. <br><br> BUSH *et al.*, <br><br> Respondents/Defendants. | Civil Action No.: 05-0454 (RMU) <br><br> **FILED** <br> SEP 2 1 2007 <br> NANCY MAYER WHITTINGTON, CLERK <br> U.S. DISTRICT COURT |
| AL-OSHAN *et al.*, <br><br> Petitioners/Plaintiffs, <br><br> v. <br><br> BUSH *et al.*, <br><br> Respondents/Defendants. | Civil Action No.: 05-0520 (RMU) |
| TUNAMI *et al.*, <br><br> Petitioners/Plaintiffs, <br><br> v. <br><br> BUSH *et al.*, <br><br> Respondents/Defendants. | Civil Action No.: 05-0526 (RMU) |
| SOHAIL, <br><br> Petitioner/Plaintiff, <br><br> v. <br><br> BUSH *et al.*, <br><br> Respondent/Defendants. | Civil Action No.: 05-0993 (RMU) |

| | |
|---|---|
| AL-KARIM *et al.*,<br><br>    Petitioners/Plaintiffs,<br><br>v.<br><br>BUSH *et al.*,<br><br>    Respondents/Defendants. | Civil Action No.: 05-0998 (RMU) |
| AL-HELA *et al.*,<br><br>    Petitioners/Plaintiffs,<br><br>v.<br><br>BUSH *et al.*,<br><br>    Respondents/Defendants. | Civil Action No.: 05-1048 (RMU) |
| ZALITA *et al.*,<br><br>    Petitioners/Plaintiffs,<br><br>v.<br><br>BUSH *et al.*,<br><br>    Respondents/Defendants. | Civil Action No.:  05-1220 (RMU) |
| HATIM *et al.*,<br><br>    Petitioners/Plaintiffs,<br><br>v.<br><br>BUSH *et al.*,<br><br>    Respondents/Defendants. | Civil Action No.: 05-1429 (RMU) |

| | |
|---|---|
| AL SUBAIY *et al.*,<br><br>    Petitioners/Plaintiffs,<br><br>    v.<br><br>BUSH *et al.*,<br><br>    Respondents/Defendants. | Civil Action No.: 05-1453 (RMU) |
| KIYEMBA *et al.*,<br><br>    Petitioners/Plaintiffs,<br><br>    v.<br><br>BUSH *et al.*,<br><br>    Respondents/Defendants. | Civil Action No.: 05-1509 (RMU) |
| RABBANI *et al.*,<br><br>    Petitioners/Plaintiffs,<br><br>    v.<br><br>BUSH *et al.*,<br><br>    Respondents/Defendants. | Civil Action No.: 05-1607 (RMU) |
| ALKHEMISI *et al.*,<br><br>    Petitioners/Plaintiffs,<br><br>    v.<br><br>BUSH *et al.*,<br><br>    Respondents/Defendants. | Civil Action No.: 05-1983 (RMU) |

| | | |
|---|---|---|
| AL HALMANDY *et al.*, | : | |
| Petitioners/Plaintiffs, | : | |
| v. | : | Civil Action No.: 05-2385 (RMU) |
| BUSH *et al.*, | : | |
| Respondents/Defendants. | : | |

| | | |
|---|---|---|
| AL-DELEBANY *et al.*, | : | |
| Petitioners/Plaintiffs, | : | |
| v. | : | Civil Action No.: 05-2477 (RMU) |
| BUSH *et al.*, | : | |
| Respondents/Defendants. | : | |

| | | |
|---|---|---|
| NASEER *et al.*, | : | |
| Petitioners/Plaintiffs, | : | |
| v. | : | Civil Action No.: 06-1689 (RMU) |
| BUSH *et al.*, | : | |
| Respondents/Defendants. | : | |

| | | |
|---|---|---|
| AL-ZARNOUQI *et al.*, | : | |
| Petitioners/Plaintiffs, | : | |
| v. | : | Civil Action No.: 06-1767 (RMU) |
| BUSH *et al.*, | : | |
| Respondents/Defendants. | : | |

## JUDGMENT ORDER

### DISMISSING WITHOUT PREJUDICE THE PETITIONERS' CLAIMS

For the reasons set forth in the court's Memorandum Order issued on September 20, 2007, it is this 21st day of September, 2007, hereby

**ORDERED** that the petitioners' claims are **DISMISSED WITHOUT PREJUDICE.**

**SO ORDERED.**

_____
RICARDO M. URBINA
United States District Judge