# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 05-5062**                                    **September Term, 2006**

                                                   04cv01142
                                                   04cv01166

                                                   **Filed On: July 26, 2007** [1056472]

Lakhdar Boumediene, Detainee, Camp Delta, et al.,
    Appellants

    v.

George W. Bush, President of the United States, et al.,
    Appellees

---

Consolidated with 05-5063

 

**BEFORE:**  Sentelle,* Rogers, and Griffith, Circuit Judges

### O R D E R

Upon consideration of appellants' motion to recall the mandate and the opposition thereto, it is

**ORDERED** that the motion be granted and the mandate be recalled.  The Clerk of the United States District Court for the District of Columbia is directed to return forthwith to the United States Court of Appeals for the District of Columbia Circuit the mandate issued June 27, 2007.

### Per Curiam

                    **FOR THE COURT:**
                    Mark J. Langer, Clerk

          BY:
                    Nancy G. Dunn
                    Deputy Clerk

*Circuit Judge Sentelle would deny the motion.

