UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RIDOUANE KHALID, et al.,           )
                                   )
                                   )
    Petitioners,                   )
                                   )
    v.                             )    Civ. Action No. 04cv1142 (RJL)
                                   )
GEORGE WALKER BUSH, et al.,        )         **FILED**
                                   )
    Respondents.                   )         AUG 0 6 2007

                                             NANCY MAYER WHITTINGTON, CLERK
                                                   U.S. DISTRICT COURT

**ORDER**

Upon consideration of our Circuit's recent decision in *Boumediene v. Bush*, D.C. Circuit Nos. 05-5062, 05-5064, which concluded that this Court lacks jurisdiction over cases of this type, and in light of the United States Supreme Court's decision to grant *certiorari*, it is, this 5th day of August, 2007, hereby

**ORDERED** that the above-captioned matter is stayed pending resolution of all appeals in *Khalid v. Bush*, No. 04-cv-1142(RJL), *Boumediene v. Bush*, No. 04-cv-1166 (RJL), and the *In re Guantanamo Bay Detainee Cases*, No. 02-cv-299, et al.

**SO ORDERED.**

                                   _____
                                   RICHARD J. LEON
                                   United States District Judge

EXHIBIT L