IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ABDULSALAM ALI ABDULRAHMAN AL HELA**, *et al.*, <br><br> *Petitioners*, <br><br> v. <br><br> **GEORGE W. BUSH**, *et al.*, <br><br> *Respondents*. | Civ. No. 05-1048 (RMU) |
| **SAEED MOHAMMED SALEH HATIM**, *et al.*, <br><br> *Petitioners*, <br><br> v. <br><br> **GEORGE W. BUSH**, *et al.*, <br><br> *Respondents*. | Civ. No. 05-1429 (RMU) |

**[PROPOSED] ORDER**

Having considered Petitioners' Motion to Reconsider and Vacate Order of September 20, 2007 Dismissing Cases and the briefing and arguments thereon, it is hereby –

ORDERED, that Petitioners' motion is GRANTED; and it is further

ORDERED, that this Court's September 20, 2007 order dismissing the above-captioned cases for lack of jurisdiction is VACATED; and it is further

ORDERED, that consideration of any motion of respondents to dismiss the above-captioned cases or to vacate the protective order, the advance-notice order, or other orders entered therein is deferred pending (1) the Supreme Court's final disposition of *Boumediene v. Bush*, No. 06-1195 (S. Ct.), and *Al Odah v. United States*, No. 06-1196 (S. Ct.); (2) the D.C. Cir-

2

cuit's final disposition of *Boumediene* and *Al Odah*; and (3) the D.C. Circuit's final disposition of the above-captioned cases in No. 05-5224 (D.C. Cir.) and any other pending appeals.

_____
RICARDO M. URBINA
United States District Judge

2