UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SAEED MOHAMMED SALEH HATIM, :
*et al.*,                    :
                             :
        Petitioners/         :
        Plaintiffs,          :
                             :
    v.                       :    Civil Action No.:    05-1429 (RMU)
                             :
GEORGE W. BUSH *et al.*,     :    Document Nos.:      3
                             :
        Respondents/         :
        Defendants           :

## ORDER

Upon consideration of the petitioner's consent motion for entry of a protective order, it is this 28th day of July, 2005

**ORDERED** that the motion is granted. The court **ENTERS** by way of reference the protective ordered previously entered in the other Guantanamo detainee cases. *E.g.*, Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantanamo Bay, Cuba, *In re Guantanamo Detainee Cases*, No. 02-0299 (D.D.C. Oct. 8, 2004).

**SO ORDERED.**

                              RICARDO M. URBINA
                              United States District Judge

1

