Case 1:05-cv-01048-UNA   Document 107-2   Filed 10/03/2007   Page 1 of 2

GTMO 10/15-10/18 visit request.                                                Page 1 of 2

## Starks, Brent

| | |
|---|---|
| **From:** | Llenza, Shannon, Ms, DoD OGC [llenzas@dodgc.osd.mil] |
| **Sent:** | Tuesday, October 02, 2007 3:29 PM |
| **To:** | Starks, Brent |
| **Cc:** | Warden, Andrew (CIV) |
| **Subject:** | RE: GTMO 10/15-10/18 visit request. |
| **Attachments:** | GTMO Procedure Guide_Final.pdf |

Brent,

You have ISNs 509 and 255 listed on your visit request; however, I do not see that a Protective Order has been entered for either ISN. We cannot process your visit request until the Protective Order has been entered in these cases. Also, as you know, this protective order does not cover counsel access to Guantanamo Bay. In order for you to travel to Guantanamo Bay to visit ISNs 509 and 255 you will all need to review the attached Guantanamo Procedure Guide for Counsel Access in Detainee Treatment Act Cases and agree to comply fully with the procedures in this document. Please sign, and have your interpreter sign, the attached affirmation acknowledging your agreement to comply and return it to me at your earliest convenience. You can scan and email the signed copy to this email address.

Thank you,

```
Shannon A. Llenza
Associate Deputy General Counsel
Office of General Counsel, Legal Counsel
Department of Defense
202-761-0550 ext 207
Blackberry: 571-309-4325

CAUTION:  This message may contain information protected by the
attorney-client, attorney work product, deliberative process, or other
privilege.  Do not disseminate without the approval of the Office of the DoD
General Counsel.
```

---

**From:** Starks, Brent [mailto:bstarks@cov.com]
**Sent:** Wednesday, September 19, 2007 3:45 PM
**To:** Llenza, Shannon, Ms, DoD OGC
**Cc:** Starks, Brent
**Subject:** GTMO 10/15-10/18 visit request.

Shannon,
Please see the attached visit request.
Best regards,
Brent Starks

<<10.15-18.07 Trip Request.doc>>

---

10/3/2007

**EXHIBIT A**

GTMO 10/15-10/18 visit request.

Brent Starks
Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY  10018
Tel: 212.841.1000
Fax: 646.441.9120
bstarks@cov.com

This message is from a law firm and may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply e-mail that this message has been inadvertently transmitted to you and delete this e-mail from your system. Thank you for your cooperation.

10/3/2007