IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SALEH ABDULLAH AL-OSHAN, *et al.*, | ) | |
| Petitioners, | ) | |
| v. | ) | Civil Action No. 05-520 (RMU) |
| GEORGE W. BUSH, President of the United States, et al., | ) | |
| Respondents. | ) | |
| ABDULSALAM ALI ABDULRAHMAN Al HELA, *et al.*, | ) | |
| Petitioners, | ) | |
| v. | ) | Civil Action No. 05-1048 (RMU) |
| GEORGE W. BUSH, President of the United States, et al., | ) | |
| Respondents. | ) | |
| SAEED MOHAMMED SALEH HATIM, *et al.*, | ) | |
| Petitioners, | ) | |
| v. | ) | Civil Action No. 05-1429 (RMU) |
| GEORGE W. BUSH, President of the United States, et al., | ) | |
| Respondents. | ) | |

|  |  |  |
|---|---|---|
| ABU ABDUL RAUF ZALITA, *et al.*, | ) ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-1220 (RMU) |
| GEORGE W. BUSH, President of the United States, et al., | ) ) ) ) | |
| Respondents. | ) ) ) | |

# ORDER

Upon Petitioners' Motions for Temporary Restraining Orders and Preliminary Injunctions, the Court, having determined that it lacks jurisdiction to grant the motions, and having found that petitioners are not likely to succeed on the merits and have not demonstrated that a balance of the equities favors them, hereby denies the motions.

Dated: _____    _____
UNITED STATES DISTRICT JUDGE