*Cleared for Public Filing*
*September 9, 2008*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE: ) | Misc. No. 08-442 (TFH) |
| GUANTÁNAMO BAY ) | Civil Action Nos. 04-CV-1254 and, |
| DETAINEE LITIGATION ) | 04-CV-1194, 04-CV-1937, 04-CV-2022, |
|  ) | 04-CV-2215, 05-CV-0270, 05-CV-0329, |

Civil Action Nos. 04-CV-1254 and, 04-CV-1194, 04-CV-1937, 04-CV-2022, 04-CV-2215, 05-CV-0270, 05-CV-0329, 05-CV-0359, 05-CV-0492, 05-CV-0520, 05-CV-0526, 05-CV-0748, 05-CV-0764, 05-CV-0877, 05-CV-0883, 05-CV-0892, 05-CV-0993, 05-CV-0999, 05-CV-1124, 05-CV-1244, 05-CV-1347, 05-CV-1429, 05-CV-1457, 05-CV-1490, 05-CV-1555, 05-CV-1592, 05-CV-1601, 05-CV-1607, 05-CV-1623, 05-CV-1638, 05-CV-1678, 05-CV-1983, 05-CV-2104, 05-CV-2185, 05-CV-2186, 05-CV-2249, 05-CV-2349, 05-CV-2367, 05-CV-2379, 05-CV-2380, 05-CV-2386, 05-CV-2479, 06-CV-1668, 06-CV-1761, 06-CV-1766, 06-CV-1767, 07-CV-1710, 07-CV-2337, 07-CV-2338, 08-CV-1221, 08-CV-0987, 08-CV-1185, 08-CV-1230, 08-CV-1231, 08-CV-1233, 08-CV-1235, 08-CV-1236, 08-CV-1237, 08-CV-1238, 08-CV-1440, 04-CV-2046, 06-CV-1678, 06-CV-1677, 05-CV-2088,

Counsel in each of the above cases will file separate notices listing the individual Petitioners who are joining this motion.

## [PROPOSED] ORDER

Upon consideration of the Respondents' Motion for Partial and Temporary Relief from the Court's July 11, 2008 Scheduling Order, and of the opposition of various petitioners thereto, it is hereby

**ORDERED** that the motion is denied. It is

**FURTHER ORDERED** that, absent consent from the affected Petitioner, Respondents shall not be permitted to amend any return as to which the proposed amendment was required by the Court's Order of July 11, 2008 to be filed on August 29, 2008 and which was not filed on that date. It is

**FURTHER ORDERED** that Respondents shall comply with the Court's Order of July 11, 2008 regarding future filings of amended returns, and absent consent to the late filing by the affected Petitioner shall be deemed to have waived the right to amend such returns if the amended returns are not timely filed in accordance with the Court's order of July 11, 2008.  It is

**FURTHER ORDERED** that, if Respondents seek additional time to file any specific return for reasons specific to that return, they shall do so at least 10 days in advance of the date set for filing such return.  It is

**FURTHER ORDERED** that, as to any original return that was required by the Court's Order of July 11, 2008 to be filed by August 29, 2008 and was not so filed, Respondents shall file such original returns within seven days of this Order.  It is

**FURTHER ORDERED** that, if Respondents fail to file any such late-filed original returns within seven days of this Order, the Court will impose sanctions for such late filing, including, as appropriate, default, evidentiary sanctions, and/or monetary sanctions.  It is

**SO ORDERED**.

_____
United States District Judge

Dated:_____