## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| _____ ) | Misc. No. 08-442 (TFH) |
| IN RE: ) | Civil Action Nos. 04-CV-1254 and, |
| GUANTÁNAMO BAY ) | 04-CV-1194, 04-CV-1937, 04-CV-2022, |
| DETAINEE LITIGATION ) | 04-CV-2215, 05-CV-0270, 05-CV-0329, |
| _____) | 05-CV-0359, 05-CV-0492, 05-CV-0520, |
| | 05-CV-0526, 05-CV-0748, 05-CV-0764, |
| | 05-CV-0877, 05-CV-0883, 05-CV-0892, |
| | 05-CV-0993, 05-CV-0999, 05-CV-1124, |
| | 05-CV-1244, 05-CV-1347, 05-CV-1429, |
| | 05-CV-1457, 05-CV-1490, 05-CV-1555, |
| | 05-CV-1592, 05-CV-1601, 05-CV-1607, |
| | 05-CV-1623, 05-CV-1638, 05-CV-1678, |
| | 05-CV-1983, 05-CV-2104, 05-CV-2185, |
| | 05-CV-2186, 05-CV-2249, 05-CV-2349, |
| | 05-CV-2367, 05-CV-2379, 05-CV-2380, |
| | 05-CV-2386, 05-CV-2479, 06-CV-1668, |
| | 06-CV-1766, 06-CV-1767, 07-CV-1710, |
| | 07-CV-2337, 07-CV-2338, 08-CV-1221, |
| | 08-CV-0987, 08-CV-1185, 08-CV-1230, |
| | 08-CV-1231, 08-CV-1233, 08-CV-1235, |
| | 08-CV-1236, 08-CV-1237, 08-CV-1238, |
| | 08-CV-1440 |

## ERRATA

Petitioners hereby notify the Court that, because of a filing error, the Declaration of Matthew B. Kaplan (Kaplan Declaration) that was to be attached to Petitioners' Response to Respondents' Motion for Relief from Scheduling Order as Exhibit 1 mistakenly was not filed on ECF. On September 10, 2008 counsel for Petitioners filed a PDF of the Kaplan Declaration without an errata with a caption attached. On September 11, 2008 counsel was notified of this error via electronic mail.

Pursuant to instructions from a member of the Clerk's Office's ECF Support staff, counsel hereby submits this Errata with the Kaplan Declaration attached as Exhibit 1. The ECF

support staff indicated that the ECF docket text will specify to which docket entries this Errata applies.

Petitioners' counsel apologizes for any confusion or inconvenience caused by this error.

Respectfully submitted,

/s/
_____
Alan A. Pemberton
D.C. Bar. No. 367108
COVINGTON & BURLING LLP
1201 Pennsylvania Ave., N.W.
Washington, DC 20004-2401
(202) 662-6000 (phone)
(202) 778-6000 (fax)
apemberton@cov.com

September 12, 2008
Washington, DC