THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| IN RE: | ) ) ) ) ) ) ) ) ) ) ) ) | Misc. No. 08-442 (TFH) |
| **GUANTÁNAMO BAY DETAINEE LITIGATION** | | Civ. No. 05-cv-1048 (RMU) |

**NOTICE OF APPEARANCE**

Please take notice and enter the appearance of Anna E. Cross, Covington & Burling LLP, as additional counsel for Petitioners.

                                                             /s/
Anna E. Cross
D.C. Bar No. 494788
COVINGTON & BURLING LLP
1201 Pennsylvania Ave., NW
Washington, DC 20004
(202) 662-5310 (tel)
across@cov.com

September 16, 2008
Washington, DC