# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 05-5224**

**September Term 2008**

04cv01144 04cv01194 04cv01254
04cv02035 04cv02215 05cv00023
05cv00247 05cv00270 05cv00280
05cv00301 05cv00329 05cv00359
05cv00392 05cv00492 05cv00520
05cv00526 05cv00569 05cv00634
05cv00723 05cv00877 05cv00881
05cv00887 05cv00993 05cv00998
05cv01001 05cv01048 05cv01189
05cv01220 05cv01236 05cv01429
05cv01555 05cv01645 05cv01649
05cv01666 05cv01806 05cv01983
05cv02185 05cv02186 05cv02379

**Filed On:** September 3, 2008

Mahmoad Abdah, Detainee, Camp Delta, et
al.,

    Appellees

    v.

George W. Bush, President of the United
States, et al.,

    Appellants

------------------------------

Consolidated with 05-5225, 05-5227, 05-5228,
05-5229, 05-5230, 05-5231, 05-5232,
05-5235, 05-5236, 05-5237, 05-5238,
05-5239, 05-5242, 05-5243, 05-5244,
05-5246, 05-5247, 05-5248, 05-5337,
05-5338, 05-5339, 05-5353, 05-5374,
05-5390, 05-5398, 05-5478, 05-5479,
05-5484, 05-5486, 06-5037, 06-5039,
06-5041, 06-5043, 06-5062, 06-5064,
06-5065, 06-5067, 06-5094

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 05-5224**                                  **September Term 2008**

**BEFORE:**     Tatel, Griffith, and Kavanaugh, Circuit Judges

## O R D E R

Upon consideration of appellants' motion to govern further proceedings, which includes a motion to dismiss Nos. 05-5228, 05-5231, 05-5247, 05-5339, 06-5039, 06-5064, and 06-5067, and a motion to hold the remaining cases in abeyance; appellees' motion to govern future proceedings, which includes an opposition to the motion to hold in abeyance; and the reply, it is

**ORDERED** that the unopposed motion to dismiss Nos. 05-5228, 05-5231, 05-5247, 05-5339, 06-5039, 06-5064, and 06-5067 be granted, and the consolidation of these cases with No. 05-5224, et al. be terminated.  It is

**FURTHER ORDERED** that the motion to hold in abeyance be granted.  These consolidated cases are hereby held in abeyance pending further order of the court. The parties are directed to file motions to govern future proceedings within 14 days of this court's disposition of Kiyemba v. Bush, No. 05-5487, scheduled for oral argument September 25, 2008.

The Clerk is directed to transmit forthwith to the Clerk of the district court a certified copy of this order in lieu of formal mandate in Nos. 05-5228, 05-5231, 05-5247, 05-5339, 06-5039, 06-5064, and 06-5067.

### Per Curiam

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:     /s/
Sabrina M. Crisp
Deputy Clerk/LD

A True copy:

United States Court of Appeals
for the District of Columbia Circuit

By: _Sabrina M. Crisp_ Deputy Clerk