IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ABDULSALAM ALI ABDULRAHMAN AL-HELA (ISN 1463),<br><br>Petitioner,<br><br>v.<br><br>BARACK OBAMA, *et al.*,<br><br>Respondents. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-CV-1048 (RCL)<br>)<br>)<br>)<br>) |

[PROPOSED] ORDER

Upon consideration of Respondents' *Ex Parte* Motion for Extension of Time to File Respondents' *Ex Parte* Submission of Less-redacted Versions of Documents from the First *Ex Parte* Motion for Exception From Disclosure, it is hereby ORDERED that Respondents' Motion is GRANTED. Respondents shall file their *Ex Parte* Submission of Less-redacted Versions of Documents from the First *Ex Parte* Motion for Exception From Disclosure no later than March 17, 2016.

It is so ORDERED this 22nd day of Feb, 2016.

_____
ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE