# IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ABDULSALAM ALI ABDULRAHMAN AL-HELA (ISN 1463), | ) ) ) ) |
| Petitioners, | ) ) |
| v. | ) Civil Action No. 05-CV-1048 (RCL) ) |
| BARACK OBAMA, *et al.*, | ) ) |
| Respondents. | ) ) ) ) |

## [PROPOSED] ORDER

Upon consideration of Respondents' *Ex Parte* Motion for Extension of Time to Complete

Production to Petitioner's Counsel of Less-redacted Versions of Documents Previously

Disclosed, it is hereby ORDERED that Respondents' Motion is GRANTED *in part and DENIED in part.* Respondents shall

produce the less-redacted versions of the remaining documents no later than ~~May 3~~, *April 22* 2016. *This will not be further extended.*

It is so ORDERED this *19th* day of *April*, 2016.

_____
ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE