IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

ABDULSALAM ALI )
ABDULRAHMAN AL-HELA (ISN 1463), )
 )
    Petitioners, )
 )
v. )  Civil Action No. 05-CV-1048 (RCL)
 )
BARACK OBAMA, *et al.*, )
 )
    Respondents. )
 )

[PROPOSED] ORDER

Upon consideration of Respondents' *Ex Parte* Motion for Extension of Time to Comply with the Court's *Ex Parte* Order of April 19, 2016, it is hereby ORDERED that Respondents' Motion is GRANTED in part and DENIED in part. Respondents shall respond to the portion of this Order regarding Exhibit C no later than April 27, 2016. /RCL/

It is so ORDERED this 25th day of April, 2016.

_____
ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE