UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULSALAM ALI ABDUL-RAHMAN AL-HELA,<br>　　　　Petitioner,<br><br>　　　　v.<br><br>BARACK OBAMA, *et al.*,<br>　　　　Respondents. | Civil Action No. 05-1048 (RCL) |

### ORDER

Having considered the briefs and arguments made by counsel, the applicable law, and the entire record in this case, it is hereby

**ORDERED** that Petitioner's Motion [353] to Compel the government to reveal to petitioner the government's allegations against him and the purported factual bases for its allegations is DENIED.

It is **SO ORDERED** this 12th day of May, 2016.

　　　　　　　　　　　　　　　　　　/s/ Royce C. Lamberth
　　　　　　　　　　　　　　　　　　ROYCE C. LAMBERTH
　　　　　　　　　　　　　　　　　　United States District Judge