## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ABDULSALAM ALI
ABDULRAHMAN AL-HELA (ISN
1463)

                Petitioner,

      v.

BARACK H. OBAMA, *et al.*,

                Respondents.

Civil Action No. 05-CV-1048 (RCL)

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that Emily A. Keatley, formerly of the law firm Covington &
Burling LLP, hereby withdraws as counsel of record for Petitioner Abdulsalam Ali Abdulrahman
Al-Hela (ISN 1463).  Other current counsel of record will continue as counsel for Petitioner in
the above captioned matter.

Dated: December 6, 2016        Respectfully submitted,

        s/ Emily A. Keatley

        Emily A. Keatley
        (DC Bar #1004811)
        emilyayliffe@gmail.com
        2200 17th St. NW, Apt. 102
        Washington, DC 20009