**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ABDULSALAM ALI ABDULRAHMAN AL-HELA,** )<br>)<br>)<br>Petitioner,  )<br>)<br>v.  )<br>)<br>**DONALD J. TRUMP,** *et al.*,  )<br>)<br>Respondents.  )<br>_____ ) | Civil Case No. 05-1048 (RCL) |

**PETITIONER'S NOTICE OF FILING**

As required by the Protective Order governing this case, undersigned counsel hereby give notice that on this date, Petitioner Abdulsalam Ali Abdulrahman Al-Hela's Motion for Judgment on the Record was delivered to the Court Security Officer to be filed under seal.

The Motion will be filed on the public docket via the Electronic Case Filing system at such time as it is cleared for public filing.

//

//

//

//

//

//

//

//

        Respectfully submitted,

        /s/ *Brian E. Foster*
        S. William Livingston (DC Bar No. 59055)
        Brian Foster (DC Bar No. 988311)
        Cyril Djoukeng (DC Bar No. 995469)
        Andrew Garrahan (DC Bar No. 1017643)
        Covington & Burling LLP
        One CityCenter
        850 Tenth Street, NW
        Washington, DC 20001
        (202) 662-6000 (phone)
        (202) 662-6291 (fax)
        wlivingston@cov.com
        bfoster@cov.com
        cdjoukeng@cov.com
        agarrahan@cov.com

        David H. Remes
        D.C. Bar No. 370372
        APPEAL FOR JUSTICE
        1106 Noyes Drive
        Silver Spring, MD 20910 (202)
        669-6508 (phone)
        remesdh@gmail.com

        *Attorneys for Petitioner*
        *Abdulsalam Ali Abdulrahman Al-Hela*

September 11, 2017