IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULSALAM ALI ABDULRAHMAN AL-HELA (ISN 1463),<br><br>    Petitioner,<br><br>    v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>    Respondents. | Civil Action No. 05-CV-1048 (RCL) |

**RESPONDENTS' NOTICE OF FILING
OF RESPONDENTS' MOTION FOR JUDGMENT ON THE RECORD**

NOTICE is hereby given that on September 11, 2017, Respondents filed, through the Classified Information Security Officer, Respondents' Motion for Judgment on the Record and supporting brief.

Dated: September 11, 2017

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General
Civil Division

JENNIFER D. RICKETTS
Branch Director

TERRY M. HENRY
Assistant Branch Director

*/s/ Daniel M. Barish*
DANIEL M. BARISH (DC Bar #448263)
JULIA A. BERMAN (DC Bar #986228)
KENNETH E. SEALLS (DC Bar #400633)
Trial Attorneys
United States Department of Justice

1

Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W.
Washington, DC  20530
Tel:  (202) 305-8970
Fax:  (202) 305 2685
Daniel.Barish@usdoj.gov

Attorneys for Respondents