IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULSALAM ALI ABDULRAHMAN AL-HELA, ) ) ) Petitioner, ) ) v. ) ) DONALD J. TRUMP, *et al.*, ) ) Respondents. ) ) | Case No. 05-1048 (RCL) |

**PETITIONER'S NOTICE OF FILING**

As required by the Protective Order governing this case, undersigned counsel hereby give notice that on this date, Petitioner Abdulsalam Ali Abdulrahman Al-Hela's Submission of Letter from Detainee to Court was delivered to the Court Security Officer to be filed under seal.

The Submission will be filed on the public docket via the Electronic Case Filing system at such time as it is cleared for public filing.

//

//

//

//

//

//

//

//

//

Respectfully submitted,

  /s/  *Brian E. Foster*
S. William Livingston (DC Bar No. 59055)
Brian E. Foster (DC Bar No. 988311)
Cyril Djoukeng (DC Bar No. 995469)
Andrew D. Garrahan (DC Bar No. 1017643)
Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
(202) 662-6000 (phone)
(202) 662-6291 (fax)
wlivingston@cov.com
bfoster@cov.com
cdjoukeng@cov.com
agarrahan@cov.com

David H. Remes
D.C. Bar No. 370372
APPEAL FOR JUSTICE
1106 Noyes Drive
Silver Spring, MD  20910
(202) 669-6508 (phone)
remesdh@gmail.com

*Attorneys for Petitioner*
*Abdulsalam Ali Abdulrahman Al-Hela*

January 26, 2018