**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **IN RE:** | **Misc. No. 08-0442 (TFH)** |
| **GUANTANAMO BAY DETAINEE LITIGATION** | **Civil Action No. 05-cv-1048 (RCL)** |

**NOTICE OF APPEARANCE**

Undersigned counsel respectfully files this Motion to Practice and Notice of Entry of Appearance on behalf of Abdulsalam al-Hela, pursuant to Local Civil Rule 83.2(g) and Local Civil Rule 83.6(a). Counsel is a member in good standing of the Bar of the State of Louisiana. Counsel's Louisiana Bar Number is 14444. Counsel hereby certifies that Petitioner in this case is indigent and counsel is providing representation *pro bono*, without compensation.

_____

Dated: 2020.04.30