**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| MAHMOAD ABDAH, *et al.*, | ) ) ) ) | |
| Petitioner, | ) ) | Misc. No. 08-442 (TFH) |
| v. | ) ) | Civ. No. 04-1254 (RCL) |
| DONALD J. TRUMP, *et al.*, | ) ) | |
| Respondents. | ) ) | |

| | | |
|---|---|---|
| SAED MOHAMMED SALEH HATIM, | ) ) ) ) | |
| Petitioner, | ) ) | Misc. No. 08-442 (TFH) |
| v. | ) ) | Civ. No. 05-1429 (RCL) |
| DONALD J. TRUMP, *et al.*, | ) ) | |
| Respondents. | ) ) | |

| | | |
|---|---|---|
| ABDULSALAM ALI ABDULRAHMAN AL-HELA, | ) ) ) ) | |
| Petitioner, | ) ) | Misc. No. 08-442 (TFH) |
| v. | ) ) | Civ. No. 05-1048 (RCL) |
| DONALD J. TRUMP, *et al.*, | ) ) | |
| Respondents. | ) ) | |

| | | |
|---|---|---|
| HASAN BIN ATTASH, | ) ) ) | |
| Petitioner, | ) ) | Misc. No. 08-442 (TFH) |

|  |  |  |
|---|---|---|
| v. | ) | Civ. No. 05-1592 (RCL) |
| DONALD J. TRUMP, *et al.*, | ) | |
| Respondents. | ) | |

---

|  |  |  |
|---|---|---|
| SAIFULLAH PARACHA, | ) | |
| Petitioner, | ) | Misc. No. 08-442 (TFH) |
| v. | ) | Civ. No. 04-2022 (PLF) |
| DONALD J. TRUMP, *et al.*, | ) | |
| Respondents. | ) | |

---

|  |  |  |
|---|---|---|
| HUSSEIN SALEM MOHAMMAD ABDALLAH EL-MARQODI, | ) | |
| Petitioner, | ) | Misc. No. 08-442 (TFH) |
| v. | ) | Civ. No. 05-1649 (RBW) |
| DONALD J. TRUMP, *et al.*, | ) | |
| Respondents. | ) | |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Please take notice that undersigned counsel Marc D. Falkoff hereby withdraws his appearance for all petitioners in each of the above-captioned cases. Petitioners will continue to be represented by other attorneys who have entered appearances in those cases and who have not themselves withdrawn.

Dated: August 3, 2020

                                                      Respectfully submitted,

                                                      /s/ Marc D. Falkoff

                                                      Marc D. Falkoff  
                                                      D.C. Bar No. 491149  
                                                      The Law Office of Marc Falkoff, LLC  
                                                      (347) 564-5043  
                                                      mdf19@columbia.edu

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Notice of Withdrawal of Appearance was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through this Court's system.

Dated: August 3, 2020

                                                /s/ Marc D. Falkoff

                                                Marc D. Falkoff
                                                D.C. Bar No. 491149
                                                The Law Office of Marc Falkoff, LLC
                                                (347) 564-5043
                                                mdf19@columbia.edu