**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ) | |
| IN RE: ) | |
| ) | Misc. No. 08-442 (TFH) |
| GUANTANAMO BAY ) | |
| DETAINEE LITIGATION ) | |
| ) | Civil Action Nos. 04-cv-1194, 04-cv-1254, |
| ) | 04-cv-2022, 05-cv-0023, 05-cv-1048, 05-cv-1592, |
| ) | 05-cv-1607, 05-cv-1983, 05-cv-2104, 05-cv-2223, |
| ) | 05-cv-2348, 05-cv-2380, 05-cv-2386, 06-cv-1690, |
| ) | 06-cv-1725, 07-cv-2337, 08-cv-1207, 08-cv-1236, |
| ) | 08-cv-1360, 08-cv-1440, 08-cv-1645, 08-cv-2083, |
| ) | 09-cv-0031, 09-cv-0745, 09-cv-0873, 09-cv-1385, |
| ) | 09-cv-1462, 10-cv-0407, 10-cv-1020, 11-cv-0923, |
| ) | 15-cv-0681, 15-cv-1257, 16-cv-1462, 16-cv-2358, |
| ) | 17-cv-1928, 19-cv-2799, 20-cv-3344, 21-cv-2567, |
| ) | 21-cv-2907 |
| ) | |

**NOTICE REGARDING CERTAIN BUILDINGS WITHIN CAMP DELTA**

Respondents respectfully notify the Court that the Department of Defense (DoD) intends

to demolish two categories of buildings located in Camp Delta, a former detention camp at the

Naval Station, Guantanamo Bay, Cuba.[1]  Specifically, as explained in the attached declaration of

Brigadier General Lance A. Okamura, the Commander of Joint Task Force-Guantanamo (JTF-

GTMO), the two categories of buildings include:  1) facilities previously used to house detainees

at Camp Delta, referred to as Camps II and III, and 2) five standalone buildings within Camp

Delta, in which detainees were not housed.  *See* Ex. 1, Decl. of Brigadier General Lance A.

---

[1] This notice is being submitted in all Guantanamo Bay habeas cases in which at least one petitioner is currently held at Guantanamo Bay, whether the case remains pending or not.

Okamura ¶¶ 4, 7.[2]  For the reasons explained below and in Brigadier General Okamura's

Declaration, demolition of these two categories of buildings is planned to occur as soon as

practicable, but in no event earlier than four weeks after the filing of this notice.  *See id.* ¶ 12.

Camps II and III, the first category referred to above, previously were used primarily for

housing non-High Value detainees from approximately October 2002 to March 2010.  *See id.*

¶ 6.  Camps II and III contained individual, open-air, metal mesh cells with a capacity of

approximately 200 detainees in each camp.  *See id.*  All non-HVDs currently at JTF-GTMO were

held in either Camp II or Camp III at one point in time.  *See id.*  Each camp has outdoor

recreation areas and shower facilities.  *See id.*  At times, portions of the cell blocks in Camp III

were converted for use as communal spaces for detainees to view movies, read, or play games.

*See id.*  The detention cells in Camps II and III have not been used to house any detainees for

more than 12 years, since March 2010.  *See id.*  Detainees housed in Camps II and III at the time

would have been transferred to more modern detention facilities located nearby.  *See id.*

The second category of buildings referred to above, five standalone buildings in Camp

Delta that were not used to house detainees, include:  Buildings D2-7, D2-8, D3-13, and D3-

13A, and a guard shack.[3]  *See id.* ¶ 7.  These buildings were used for a number of different

---

[2] In the publicly-filed version of the Declaration of Brigadier General Okamura submitted herewith, a specific identifier, not officially released publicly by DoD, for a building not subject to demolition is redacted in paragraphs 7 and 8.  Respondents designate that identifier as "protected information" under the governing protective orders in the above-captioned cases.  The identifier is disclosed in the unredacted version of Brigadier General Okamura's declaration, being filed and served on counsel under seal today.

[3] A sixth standalone building is, like the five buildings enumerated above, located between the Camp Delta outer and inner perimeter fences.  *See* Decl. of Brigadier General Lance A. Okamura ¶¶ 7, 8.  However, there are no plans to demolish or renovate that building.  *See id.*

purposes for JTF personnel.  *See id.*  Specifically, building D3-13 was once a café for JTF-GTMO personnel, and after that, was used as a briefing and training room.  *See id.*  Building D3-13 has never been used for detainees at any time.  *See id.*  Building D3-13A is a backup generator building and also has not been used for detainees.  *See id.*  Buildings D2-7 and D2-8 were administrative buildings that were used until November 2017 for various detainee purposes, including Periodic Review Board hearings, meetings with foreign delegates, legal meetings, and phone calls between non-High Value detainees and their counsel or representatives.  *See id.*

Camps II and III, the former detention facilities, are no longer used for any purpose, and they have deteriorated into a state of disrepair.  *See id.* ¶ 8.  Brigadier General Okamura assesses that, from a risk management perspective, keeping these facilities intact and under the control of JTF-GTMO is an operational impediment as it requires personnel to monitor and manage unused assets.  *See id.*  Additionally, the condition of the detention facilities and the surrounding land is in a state of such disrepair and overrun by native flora that it is attracting wildlife, further making it a hazard to personnel who have to monitor it.  *See id.*  Accordingly, JTF-GTMO plans to demolition the detention facilities of Camps II and III and the five standalone buildings discussed above.  *See id.*

Additionally, demolition is consistent with good stewardship of taxpayer funds.  *See id.* ¶ 9.  While these buildings are not individually metered, the estimated cost for utilities for a facility of this size is approximately $5,000 per month.  *See id.*  The planned demolition therefore would have the potential to achieve a substantial cost savings over time.  *See id.*  Furthermore, the planned demolition would make the space available for other potential

responsible uses, including Physical Training (PT), a sports or recreation field, or training area. *See id.* ¶ 10.

Respondents have taken steps to preserve data about the buildings slated for demolition, including Camps II and III, and the five standalone buildings discussed above. *See id.* ¶ 11.  In May 2019, the Federal Bureau of Investigation (FBI) Laboratory Division Operational Projects Unit completed a site survey of Camps II and III, as well as the five standalone buildings.  *See id.* The FBI collected various types of data and recordings about the facilities.  *See id.*  The FBI's data could be used to create a fair and accurate representation of the facility, including a three-dimensional model of the facilities if necessary.  *See id.*  The facilities were completely documented, and this data will be preserved.  *See id.*

Respondents recognize the public interest in the Guantanamo Bay habeas cases and, in the interest of transparency, hereby inform the Court and Petitioners' counsel of JTF-GTMO's plan to demolish Camps II and III and the five standalone buildings described herein.

Dated: June 6, 2022                      Respectfully submitted,

                                         BRIAN M. BOYNTON
                                         Principal Deputy Assistant Attorney General

                                         ALEXANDER K. HAAS
                                         Branch Director

                                         TERRY M. HENRY
                                         Assistant Branch Director

                                          */s/ Julia A. Heiman*
                                         RONALD J. WILTSIE (DC Bar No. 431562)
                                         JULIA A. HEIMAN (D.C. Bar No. 986228)
                                         United States Department of Justice
                                         Civil Division, Federal Programs Branch

- 4 -

1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 616-8480
Fax: (202) 616-8470
Email: julia.heiman@usdoj.gov
*Attorneys for Respondents*