# Exhibit 1

lassification: UNCLASSIFIED//FOUO                    UNCLASSIFIED//FOR OFFICIAL USE ONLY

## DECLARATION OF BRIGADIER GENERAL LANCE A. OKAMURA

I, BG Lance A. Okamura, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am a Brigadier General in the United States Army. I serve as the Commander of Joint Task Force Guantanamo (JTF-GTMO), at Naval Station Guantanamo Bay, Cuba (NSGB). I have held this position since 1 June 2021. As such, I am responsible for the safe and humane care and custody of detainees, including those convicted by military commission. My primary concerns are the safety of my service members; the humane treatment, safety and security of the detainees; and the ability to maintain and defend my areas of operation.

2. I make the following statements based upon my years of service and experience in the United States military, personal knowledge, and information made available to me in my official capacity, as well as my assessments and evaluations of the current status of detention operations at JTF-GTMO. I have served in the United States Armed Forces for approximately 27 years at various levels of command and staff. As a Military Police Officer, I served in several leadership, command, and staff assignments with the 25th Infantry Division, with XVIII Airborne Corps and the USA Office of Military Support at Fort Bragg, and as a Team Leader with Special Operations Command. As a Strategic Intelligence Officer, I served as a National Intelligence Support Team Commander and Joint Operations Officer for the Chairman's Joint Chiefs of Staff Director for Intelligence, as Deputy Commander for the DIA, Contingency Operating Base-Afghanistan, and as the Executive Officer for the DIA Defense Intelligence Senior Office-Afghanistan. Prior to taking command of JTF-GTMO, I

lassification: UNCLASSIFIED//FOUO                    UNCLASSIFIED//FOR OFFICIAL USE ONLY

UNCLASSIFIED//FOR PUBLIC RELEASE

lassification: ~~UNCLASSIFIED//FOUO~~                    ~~UNCLASSIFIED//FOR OFFICIAL USE ONLY~~

previously served as JTF-GTMO Deputy Commander from September 2020 until May 2021.

3. As Commander, JTF-GTMO, in addition to and consistent with my responsibilities enumerated above, I must remain a good steward of taxpayer funds. As part of that responsibility, I continuously examine the physical facilities and footprint of JTF-GTMO to assess their condition, necessity, and usefulness.

4. Consistent with my responsibilities, and as explained further below, I have determined that certain changes to two categories of facilities within Camp Delta at JTF-GTMO are necessary for the safety of JTF-GTMO personnel and for the prudent utilization of taxpayer funds. First, I have determined that facilities previously used to house detainees at Camp Delta, referred to as Camps II and III, should be demolished. Second, I have determined that certain standalone buildings within Camp Delta in which detainees were not housed should also be demolished. The purpose of this declaration is to explain the plans for demolition for both categories of buildings located within Camp Delta.

5. Camp Delta is enclosed by an outer perimeter fence, and inside that outer fence are 6 standalone buildings used for various purposes. Also within the outer perimeter fence are Camps II and III, facilities previously used for detention. Camps II and III are fenced off separately with inner perimeter fences.

6. Camps II and III previously were used primarily for housing non-High-Value detainees from approximately October 2002 to March 2010. Camps II and III contained individual, open-air, metal mesh cells with a capacity of approximately 200 detainees in each camp. All non-HVDs currently at JTF-GTMO were held in either Camp II or Camp

lassification: ~~UNCLASSIFIED//FOUO~~                    ~~UNCLASSIFIED//FOR OFFICIAL USE ONLY~~

UNCLASSIFIED//FOR PUBLIC RELEASE

lassification: UNCLASSIFIED//FOUO                UNCLASSIFIED//FOR OFFICIAL USE ONLY

III at one point in time.  Each camp has outdoor recreation areas and individual shower facilities.  At times, portions of the cell blocks in Camp III were converted for use as communal spaces for detainees to view movies, read, or play games.  The detention cells in Camps II and III have not been used to house any detainees since March 2010.  Detainees housed in Camps II and III at that time would have been transferred to more modern detention facilities located nearby.

7. The six standalone buildings discussed above, located between the Camp Delta outer and inner perimeter fences, include: Building ██ Buildings D2-7, D2-8, D3-13, and D3-13A; and a guard shack. As noted below, there are no plans to demolish or renovate Building ██ which remains a matter in military commission litigation.  The remaining five buildings were used for a number of different purposes for JTF personnel.  Specifically, building D3-13 was once a café for JTF-GTMO personnel, and after that was used lastly as a briefing and training room.  Building D3-13 has never been used for detainees at any time.  Building D3-13A is a backup generator building and also has not been used for detainees.  Buildings D2-7 and D2-8 were administrative buildings that were used until November of 2017 for various detainee purposes to include Periodic Review Board hearings, meetings with foreign delegates, legal meetings, and phone calls between non-High Value detainees and their counsel or representatives.

8. Camps II and III, the former detention facilities, are no longer used for any purpose, and they have deteriorated into a state of disrepair.  From a risk management perspective, keeping these facilities intact and under my control is an operational impediment as it requires personnel to monitor and manage unused assets.

lassification: UNCLASSIFIED//FOUO                UNCLASSIFIED//FOR OFFICIAL USE ONLY

UNCLASSIFIED//FOR PUBLIC RELEASE

lassification: UNCLASSIFIED//FOUO                    UNCLASSIFIED//FOR OFFICIAL USE ONLY

Additionally, the condition of the detention facilities and the surrounding land is in a state of such disrepair and overrun by native flora that it is attracting wildlife, further making it a hazard to personnel who have to monitor it.  Accordingly, our plan is to demolish the detention facilities of Camps II and III and the standalone buildings discussed above.  There is no plan to demolish or renovate Building ███ it will remain intact for military commission purposes.

9. Demolition is consistent with my obligation to be a good steward of taxpayer funds.  While these buildings are not individually metered, the estimated cost for utilities for a facility this size is approximately $5,000 per month.  This means that the planned demolition would have the potential to achieve a substantial cost savings over time.

10. The demolition of the buildings and facilities as described above would enable the potential creation of an open space with a walking path.  The open area will be available to commanders for a wide variety of uses, including Physical Training (PT), a sports or recreation field, or training area.  Any buildings remaining in this area will be appropriately secured.

11. In May 2019, the Federal Bureau of Investigation (FBI) Laboratory Division Operational Projects Unit completed a site survey of Camps II and III, and the other standalone buildings slated for demolition discussed above.  The FBI collected various types of data and recordings about the facilities.  The FBI's data could be used to create a fair and accurate representation of the facility to include a three-dimensional model of the facilities if necessary.  The facilities were completely documented.  This data will be preserved.

lassification: UNCLASSIFIED//FOUO                    UNCLASSIFIED//FOR OFFICIAL USE ONLY

UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE

lassification: ~~UNCLASSIFIED//FOUO~~           ~~UNCLASSIFIED//FOR OFFICIAL USE ONLY~~

12. In order to effectively use fiscal resources and available manpower, I intend to begin demolishing Camps II and III and those standalone buildings discussed as soon as practicable, but in no event earlier than four weeks after the filing of this notice.

13. I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

Dated: 1 APR 22

LANCE A. OKAMURA
Brigadier General, USA
Commander, Joint Task Force Guantanamo

UNCLASSIFIED//FOR PUBLIC RELEASE