# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 19-5079**                                    **September Term, 2022**

**1:05-cv-01048-UNA**

**Filed On: April 19, 2023** [1995482]

Abdulsalam Ali Abdulrahman Al-Hela,
Detainee Camp Delta, also known as Abd
Al-Salam Ali Al-Hila and Abdulwahab Ali
Abdulrahman Al-Hela, As Next Friend of
Abdulsalam Ali Abdulrahman Al-Hela,

      Appellants

    v.

Joseph R. Biden, Jr., President of the
United States, et al.,

      Appellees

## M A N D A T E

    In accordance with the judgment of April 4, 2023, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                       **FOR THE COURT:**
                       Mark J. Langer, Clerk

         BY:   /s/
                       Daniel J. Reidy
                       Deputy Clerk

Link to the judgment filed April 4, 2023